# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; and VIACOM INC., <br><br> Plaintiffs, <br><br> v. <br><br> JANET MILLS, in her official capacity as the Governor of Maine; AARON FREY, in his official capacity as the Attorney General of Maine; the CITY OF BATH, MAINE; the TOWN OF BERWICK, MAINE; the TOWN OF BOWDOIN, MAINE; the TOWN OF BOWDOINHAM, MAINE; the TOWN OF BRUNSWICK, MAINE; the TOWN OF DURHAM, MAINE; the TOWN OF ELIOT, MAINE; the TOWN OF FREEPORT, MAINE; the TOWN OF HARPSWELL, MAINE; the TOWN OF KITTERY, MAINE; the TOWN OF PHIPPSBURG, MAINE; the TOWN OF SOUTH BERWICK, MAINE; the TOWN OF TOPSHAM, MAINE; the TOWN OF WEST BATH, MAINE; and the TOWN OF WOOLWICH, MAINE; <br><br> Defendants. | Case No. _____ <br><br> **DECLARATORY AND INJUNCTIVE RELIEF SOUGHT** |

## PLAINTIFFS' NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1, Plaintiffs, by and through their undersigned counsel, disclose as follows:

Plaintiff Comcast of Maine/New Hampshire, Inc., a New Hampshire corporation, is a wholly owned subsidiary of Comcast Cable Communications, LLC.  Comcast Cable Communications, LLC is a wholly owned subsidiary of Comcast Holdings Corp.  Comcast Holdings Corp. is a wholly owned subsidiary of Comcast Corporation, a Pennsylvania corporation, which has no parent company, and no publicly held company owns 10% or more of Comcast Corporation.

A&E Television Networks, LLC ("AETN") is a limited liability company with interests held by five entities, three of which own more than 10% of AETN: (1) Hearst Communications, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; (2) Hearst Holdings, Inc., the ultimate parent of which is The Hearst Corporation, which is not publicly traded; and (3) Disney/ABC International Television, Inc., whose ultimate parent company is The Walt Disney Company, which is publicly traded.  AETN does not own 10% or more of the outstanding shares of any publicly owned company.

Plaintiff C-SPAN is a television network owned and operated by the National Cable Satellite Corporation, a District of Columbia non-profit, non-stock corporation that is exempt from federal income tax pursuant to Section 501(c)(3) of the Internal Revenue Code, and as such has no stockholders.

Plaintiff CBS Corp. is a Delaware corporation.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS.  CBS is not aware of any publicly held company owning 10% or more of its total stock, i.e., Class A and Class B on a combined basis.

Plaintiff Discovery, Inc., a Delaware corporation, is a publicly held company with no parent corporation. No publicly held company owns 10% or more of Discovery Inc.'s stock.

Plaintiff Disney Enterprises, Inc., a Delaware corporation, is a wholly owned indirect subsidiary of The Walt Disney Company, a Delaware corporation, which has no parent company, and no publicly held company owns 10% or more of The Walt Disney Company.

Fox Cable Network Services, LLC, a Delaware limited liability company, is a wholly owned subsidiary of Foxcorp Holdings LLC.  Foxcorp Holdings LLC, a Delaware limited liability company, is a wholly owned subsidiary of Fox Corporation, a Delaware publicly held corporation.  Fox Corporation is a publicly traded company and no publicly held company owns 10% or more of Fox Corporation's stock.

NBCUniversal Media, LLC is indirectly owned by Comcast Corporation.  Comcast Corporation is a publicly held corporation.  No other publicly held corporation owns 10% or more of the equity of NBCUniversal Media, LLC.

Plaintiff New England Sports Network, LP is a Massachusetts limited partnership, whose partnership interests are owned by New England Sports Network, Inc., a Massachusetts corporation, and Deeridge Farms Hockey Association, a Delaware partnership.

Plaintiff Viacom Inc. is a public company with no parent corporation, and no publicly held company owns 10% or more of Viacom Inc.'s stock.

Dated: September 6, 2019                              Respectfully submitted,

*/s/ Joshua A. Tardy*_____
Joshua A. Tardy
Joshua A. Randlett
RUDMAN WINCHELL
84 Harlow Street; P.O. Box 1401
Bangor, ME 1401
(207) 947-4501
jrandlett@rudmanwinchell.com
jtardy@rudmanwinchell.com

***Attorneys for Plaintiffs***

>Matthew A. Brill*
>Matthew T. Murchison*
>LATHAM &WATKINS LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, D.C. 20004-1304
>matthew.brill@lw.com
>matthew.murchison@lw.com
>
>*Attorneys for Plaintiffs*
>
>David P. Murray*
>Michael D. Hurwitz*
>WILLKIE FARR & GALLAGHER LLP
>1875 K Street, N.W.
>Washington, DC 20006-1238
>MHurwitz@willkie.com
>DMurray@willkie.com
>
>*Attorneys for Plaintiffs Comcast of Maine/New Hampshire, Inc. and NBCUniversal Media, LLC*

* Pro hac vice certification pending

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document entitled *Plaintiffs' Notice of Interested Parties* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

DATED: September 6, 2019

>/s/ *Joshua A. Randlett*
>Joshua A. Randlett, Esq.