IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; and VIACOM INC., <br><br> Plaintiffs, <br><br> v. <br><br> JANET MILLS, in her official capacity as the Governor of Maine; AARON FREY, in his official capacity as the Attorney General of Maine; the CITY OF BATH, MAINE; the TOWN OF BERWICK, MAINE; the TOWN OF BOWDOIN, MAINE; the TOWN OF BOWDOINHAM, MAINE; the TOWN OF BRUNSWICK, MAINE; the TOWN OF DURHAM, MAINE; the TOWN OF ELIOT, MAINE; the TOWN OF FREEPORT, MAINE; the TOWN OF HARPSWELL, MAINE; the TOWN OF KITTERY, MAINE; the TOWN OF PHIPPSBURG, MAINE; the TOWN OF SOUTH BERWICK, MAINE; the TOWN OF TOPSHAM, MAINE; the TOWN OF WEST BATH, MAINE; and the TOWN OF WOOLWICH, MAINE; <br><br> Defendants. | Case No. 1:19-cv-00410-NT |

**DECLARATION OF RICK RIOBOLI OF
COMCAST CABLE COMMUNICATIONS, LLC IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Rick Rioboli, declare as follows:

1.  My name is Rick Rioboli. I am Senior Vice President and Chief Information Officer of Comcast Cable Communications, LLC, which operates in Maine through Comcast of Maine/New Hampshire, Inc. In this role, I am responsible for leading Comcast Cable's information technology organization, which handles all technology and systems, including sales, account activation, billing, customer support, inventory, and customer information. I am also very familiar with Comcast Cable's network infrastructure and practices, and have significant experience developing and deploying software solutions, video applications, and video delivery systems.

2.  I have worked for Comcast Cable since 2005. I previously served as Senior Vice President of Comcast Metadata Products and Search Services (2011-2017) and Vice President of Video Product Engineering (2005-2011).

3.  I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction based on my personal knowledge and information that I have reviewed and confirmed with other Comcast employees with knowledge of subjects addressed in my declaration.

**Background on How Cable Programming Is Currently Delivered**

4.  To provide cable service to its customers, Comcast Cable generally licenses channels of video content assembled and provided by video programming providers, commonly known as "programmers." Comcast Cable creates and distributes "tiers" and "packages" of channels that are attractive to various segments of consumers and that meet the demands of its customers. Illustrative copies of our channel lineups in Maine are attached to my declaration. As these local lineups demonstrate, Comcast Cable offers hundreds of channels in various tiers and packages to Maine subscribers. Each channel, in turn, exhibits individual programs such as

1

scripted series, reality shows, news, movies, and sports and other special events.  In addition, certain channels (such as HBO) and programs (such as boxing matches) are also offered on a standalone, or à la carte, basis, but only when contractual and regulatory obligations permit.  In particular, Comcast offers hundreds of thousands of individual movies and programs to rent or purchase through its pay-per-view ("PPV") and electronic sell-through ("EST") platforms.

5. Based on my experience in the industry, other cable operators and multichannel video programming distributors ("MVPDs") follow similar practices across the country, and have done so for decades.  Even newer entrants into the video marketplace, such as online video providers that offer linear programming—i.e., the continuous scheduled programming stream offered on a single network 24 hours a day—(commonly referred to as "virtual MVPDs"), likewise offer programming in tiers and packages.  These longstanding practices are reflected in standard licensing terms between distributors and programmers.  In our industry parlance, contracts between cable operators and cable networks are called "affiliation agreements."  For broadcast programming, stations either authorize cable operators to exhibit their content pursuant to a "retransmission consent agreement" or (in some cases) can elect carriage without a contract or economic consideration under the "must carry" provisions in the Communications Act and FCC rules.

6. Most programmers seek broad distribution so that their content can attract the largest possible number of viewers.  Larger audiences generate higher ratings and advertising revenues for programmers, which may help offset the license fees they charge distributors like Comcast Cable—and, in turn, can moderate the retail prices we charge customers.  In licensing their channels to Comcast Cable, programmers commonly negotiate for their channels to be included in tiers and packages that are received by at least a certain number or percentage of

2

subscribers (called a "minimum penetration level"), including, for example, any tier or package in which we carry certain competing networks. Because Comcast Cable generally pays license fees on a "per-subscriber" basis, these minimum penetration and packaging terms provide a steady stream of license fee revenues for the programmer.

7. Programmers want to preserve the content choices they make in developing a channel and building their brand. Most programmers prohibit Comcast Cable from disassembling a channel's linear programming stream or offering their content on a program-by-program basis unless we have specifically negotiated for such rights and terms. These specifically negotiated rights could include, for example, those that Comcast Cable has obtained to make certain individual programs on a network available at no additional cost on an "on-demand" basis (i.e., when a customer wants to view the program as opposed to when it may be first shown on a channel). Comcast Cable includes video on-demand ("VOD") viewing options as part of a subscription to a channel to increase the value of our services for our customers. Most programmers do not permit Comcast Cable to offer content that is live (e.g., a Red Sox game) or the first showing of a program on an à la carte basis, since doing so would decrease the viewership and the advertising revenues a programmer would normally expect to receive from the initial linear exhibition of the program.

8. Comcast Cable's network infrastructure and information systems architecture—including our customer service operations and ordering, customer subscription management, and billing systems—are premised on the delivery of channels primarily as part of specific tiers or packages to which our customers have subscribed. For example, each Comcast Cable service offering, including service tiers, has its own unique internal "rate code," i.e., billing code. Such codes are used in the ordering process and to control customer "entitlements" (i.e., the delivery

of the services included in a customer's subscription), customer billing, and as part of "tracking" (i.e., recording the number of subscribers that have access to a network as part of a service tier) to determine the per-subscriber license fees owed to the programmer. With respect to Comcast's existing individual program offerings—i.e., PPV, EST, and VOD—these are all separately coded to deliver the service and for customer billing.

### Harms Caused by L.D. 832's À La Carte Mandate

9. L.D. 832 would require Comcast Cable and other cable operators in Maine to "offer subscribers the option of purchasing access to cable channels, or programs on cable channels, individually." By its plain terms, the law mandates that cable operators make a programmer's channel—and even individual programs on the channel—available for consumers to purchase on an à la carte basis. In Comcast Cable's case, this would require us to make each of our hundreds of different channel offerings, along with each of the many thousands of individual programs shown on those channels, available for ordering, distribution, and billing on an à la carte basis. The costs and efforts to implement these changes to our existing practices would be staggering, and would divert resources from other programming, services, and technology enhancements we might otherwise offer. Moreover, the dramatic shift to à la carte would take months to attempt to accomplish, and could not possibly be done by September 19, 2019 (or anything close to that date), when the law becomes effective. If L.D. 832's à la carte mandates go into effect, they will irreparably harm Comcast Cable in several ways.

*Impeding Comcast Cable's Editorial Choices for Programming*

10. Comcast Cable expends great effort and resources developing its tiers and packages of cable services in order to attract as many customers as possible and provide them the best programming options and value. We try to ensure that our tiers and packages are generally

4

structured the same in each local cable system throughout Comcast's cable footprint to take advantage of synergies of scale across broader geographic regions.  We also spend millions of dollars branding, marketing, and promoting these cable service offerings in today's highly competitive video marketplace.  L.D. 832 would upend these efforts, forcing us to disaggregate our carefully-tailored tiers and to develop Maine-specific processes to offer every channel and each program on a channel à la carte.  Further, because L.D. 832 is directed solely at cable operators, no other MVPD or online video provider is subject to the law's à la carte mandates, even though these other providers typically offer tiers and packages similar to Comcast Cable.  These other distributors would be free to continue to package, brand, market, and promote their programming offerings without any of the burdens or constraints imposed by L.D. 832, giving them unfair competitive advantages in the Maine marketplace.

*Network Infrastructure and Customer Equipment*

11. Implementing L.D. 832's à la carte requirements would significantly disrupt our cable business and practices in other ways, while also increasing costs for Maine consumers.  Developing the means to deliver all of our hundreds of channels and thousands of channel programs on an à la carte basis would be extremely complex, particularly since the number of possible programming combinations a customer may select—and the number of corresponding internal billing and offer codes—would grow exponentially.  Creating hundreds of new per-channel billing codes and hundreds of thousands of new per-program offer codes for Maine to authorize, deliver, bill, and track these individual offerings would, on its own, be a Herculean effort.

12. Comcast Cable's existing network configuration and infrastructure in Maine cannot support à la carte delivery.  At a minimum, it would require fundamental changes to our

5

cable headend equipment and other facilities throughout Maine and elsewhere, which would be very costly. And because such modifications would be untested, there is no certainty that these system changes would be sufficient to enable à la carte offerings. And since we provide multiple services over our private managed cable network, these modifications also could cause significant disruptions to our cable, broadband, voice, and other operations, adversely affecting our ability to deliver other services to Maine customers.

13. In all likelihood, Comcast Cable would have to launch an Internet Protocol ("IP")-only version of its cable services in Maine in order to enable the necessary capabilities to deliver the channel-by-channel and per-program service offerings mandated by L.D. 832. Transitioning Comcast Cable's network in Maine to IP-only video would require significant development and resources and could take up to a year to complete.

14. In attempting to comply with the law as quickly as feasible, we would also have to change and upgrade the cable equipment (e.g., set-top boxes or digital television adapters ("DTAs")) for most local customers. Thousands of our Maine cable subscribers have legacy devices that are not capable of receiving content on an à la carte basis and are not compatible with IP-only delivery. Comcast Cable would need to be prepared to replace these legacy devices with thousands of our more advanced "X1" addressable set-top boxes. This would involve significant costs both in procuring and storing the necessary equipment, as well as in exchanging customers' equipment. Replacing these legacy devices will be time-consuming and inconvenient for our affected customers, resulting in a loss of goodwill that could not be recovered. Depending on certain customers' existing equipment (such as those leasing more limited-functionality devices like DTAs), upgrading to new X1 boxes would increase their monthly equipment fees.

*Ordering Systems and Customer Service*

15. Similarly, implementing Maine's à la carte mandate would require Comcast Cable to make substantial changes to its ordering systems, including online ordering systems through the Comcast website, our mobile app, as well as on-screen ordering through customer set-top boxes. Each of these platforms is currently designed to address the needs of all consumers throughout our cable footprint in the United States. The platforms work in a similar manner. Implementing the Maine à la carte requirements would force us to create Maine-specific platforms. We would also have to devote substantial resources for additional customer service support staff and training on these new systems and the hundreds of thousands of new billing and offer codes associated with each à la carte offering. Comcast customer service agents would also have to learn how to process à la carte orders placed by telephone, and to help customers troubleshoot program delivery or other issues. Customer service call times and call volumes typically increase to some degree with new service offerings. In this instance, I expect these increases would be multiple times greater given all of the potential program ordering options and other complexities involved, as well as the likelihood that the availability of substantially more order combinations would lead customers to modify their subscriptions more frequently.

*Customer Billing*

16. Likewise, Comcast Cable would have to substantially modify its billing systems and monthly subscriber bills for Maine if L.D. 832 goes into effect. Our billing systems across the country are currently equipped to handle a discrete number of tiers and packages and their associated billing codes, and, thus, customer bills are relatively streamlined. The hundreds of thousands of individual channel and program permutations created by L.D. 832 would require overhauling these billing systems. This could also significantly complicate customers' monthly

7

bills, some of which could be dozens of pages long depending on a household's à la carte ordering volume—contrary to our increasing efforts to further *simplify* customers' bills. Moreover, frequent modifications to a customer's à la carte programming selections would further complicate the billing process. Comcast Cable would again incur substantial costs to make these billing system changes, as well as for additional printing and postage costs, further increasing our operational costs in Maine and the upward pressure on local cable rates. Longer, more complex bills would likely also cause customer confusion and increase the number of customer billing inquiries and disputes, hurting Comcast Cable's reputation with our customers.

*Higher Prices for Maine Consumers*

17. Even assuming Comcast Cable could overcome all of these very substantial hurdles and costs, many à la carte prices for our channel and program offerings would be higher, not lower, for consumers as a result of L.D. 832. The distribution of channels as part of a service tier under existing cable practices creates economies of scale, allowing programming costs to be spread out over a broader number of subscribers. This cost-spreading, in turn, enables Comcast Cable to provide more programming choices at lower prices to consumers. An à la carte regime would eliminate these economies of scale.

18. Because most of our existing affiliation and retransmission agreements do not permit à la carte distribution of a programmer's channel, but instead specify placement on a particular tier or for a particular penetration level, Comcast Cable would have to negotiate accommodations for L.D. 832's requirements with each programmer, including the pricing of à la carte content offerings. Each network programmer may also have to negotiate new rights and deals with copyright owners—the content suppliers—to authorize the licensing of the programmer's channel and the individual programs carried on the channel on an à la carte basis

to cable operators in Maine. I understand that these efforts too would require substantial resources and costs, strain relationships with our content partners, result in actual or threatened programming blackouts, and could lead to litigation.

19. And even if such accommodations could be reached, I have no doubt that programmers would in turn demand much higher license fees from Comcast Cable in order to offset the decline in viewership and loss of advertising revenues resulting from mandated à la carte distribution. Reduced viewership would also harm our ability to sell advertising spots on our Maine cable networks, leading to a similar loss of advertising revenues for Comcast Cable. All of these revenue reductions would require the retail pricing of à la carte content at rates that are higher—in many instances, substantially higher—than the rates our Maine customers currently pay to receive the same programming as part of existing packages and tiers of service.

*Competitive Harms*

20. Comcast Cable faces substantial and increasing competition for video customers in Maine and other places from a growing number of traditional and Internet-based video distributors (e.g., DIRECTV and DISH Network, Netflix, Hulu, Amazon Prime, Apple TV+, Sling TV, AT&T TV NOW, Hulu + Live TV, YouTube TV, PlayStation Vue). Because L.D. 832 applies only to cable operators, none of these other distributors would have to incur the costs, burdens, disruptions, or other harms in their relationships with programmers and customers that we would experience, even though these competitors generally follow the packaging/tiering model described above and often serve many more subscribers than Comcast and other cable operators in Maine. This disparity would put Comcast Cable at a significant and unfair competitive disadvantage in Maine, resulting in the further loss of local customers and goodwill.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on 9/9, 2019

*Rick Rioboli* (signature)

Rick Rioboli

# Channel Lineup

Effective July 19, 2019  1-800-xfinity | xfinity.com



**Berwick, ME**
Kittery, ME

**LIMITED BASIC**
2 WENH (NHPTV) (PBS)
4,1004 WBZ (CBS)
5,1005 WCVB (ABC)
6 WCSH (NBC)
7,1007 WHDH (NBC)
8 WMTW (ABC)
9,1009 WMUR (ABC)
10 NECN
11 WENH Explore (NHPTV) (PBS)
12 WPXT (CW)
13 WGME (CBS)
14 WIPL (ION)
16 WPFO DTV (FOX)
17 WEA (PBS)
22,1084 Government Access
23,1657 Daystar
44,1128 C-SPAN
48,1032 Jewelry TV
58 QVC
86 QVC2
87 QVC3 (FKA BEAUTY IQ)
89,96,861,1052 EVINE Live
95,1085 Public Access
98,1003 CKSH
183,1067 Jewelry FL
184,637 Xfinity Latino Entertainment Channel
209,1146 WENH World (PBS)
217,1147 WENH-Kid (PBS)
229,1661 TBN
237,1148 WENH Create (PBS)
245-246 Leased Access
268,1669 CatholicTV
283,1099 Leased Access
288,1169 WPFO Charge
289,1170 WPFO CometTV
291,1165 WGME TBD
292,1166 WGME Stadium
293,1150 WMEA World (PBS)
294,1151 WMEA Kids
295,1178 WPXT Escape
296,1177 WPXT Hereos & Icons
297,1173 WCSH Justice Network
298,1174 WCSH Quest
299,1181 WMTW MeTV
300,1182 WMTW Laff TV
501-550 Music Choice
787,1037 QVC2 HD
791,1034 QVC HD
801,1012 WENH HD 2 (PBS)
802,1011 WENH HD (NHPTV) (PBS)
806,1006 WCSH HD (NBC)
808,1008 WMTW HD (ABC)
810,1127 NECN HD
812,1010 WMEA HD (PBS)
813,1013 WGME HD (CBS)
814,1051 WPXT HD (CW)
815,1035 WIPL HD (ION)
825,1023 WPFO HD (FOX)
904,1053 QVC3 HD (FKA BEAUTY IQ HD)
1096-1097 Leased Access

**KIDS & FAMILY**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
24 Disney Channel
25 Nickelodeon
26 Freeform
28 MTV
38 TLC
60 Cartoon Network
71,208 Hallmark Channel
210 National Geographic Channel
218 Universal Kids
234,1655 INSP
821,1473 National Geographic HD
824,1715 Disney Channel HD
826,1742 Freeform HD
827,1606 MTV HD
860,1734 Cartoon Network HD
867,1450 TLC HD
873,1728 Nickelodeon HD
907,1458 Hallmark Channel HD
927,1707 Universal Kids HD

**ENTERTAINMENT**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
27,186 truTV
29 VH1
30 FX
31 TBS
32 HGTV
33 TNT
34 E!
35 USA Network
36 Lifetime
37 A&E
39 Discovery
53 Bravo
54 Food Network
59 AMC
61 Comedy Central
62 Syfy
63 Animal Planet
66 HISTORY
68 BET
88,1049 HSN2
199 Hallmark Movies & Mysteries
200,1757 MoviePlex
214 TV One
216 Oxygen
226 OWN (Oprah Winfrey Network)
241 BBC America
256 FXX
270 LMN
788,1456 LMN HD
790,1459 Hallmark Movies & Mysteries HD
794,1463 Bravo HD
823,1449 Discovery HD
828,1612 MTV Live HD
829,1607 VH1 HD
830,1409 FX HD
831,1434 TBS HD
832,1492 HGTV HD
833,1404 TNT HD
834,1466 E! HD
835,1403 USA Network HD
836,1455 Lifetime HD
837,1402 A&E HD
854,1484 Food Network HD
857,1464 OWN HD (Oprah Winfrey Network)
858,1435 Comedy Central HD
859,1405 AMC HD
862,1411 Syfy HD
863,1471 Animal Planet HD
872,1478 HISTORY HD
902,1430 truTV HD
905,1625 BET HD
912,1626 TV One HD
920,1418 BBC America HD
921,1465 Oxygen HD
924,1410 FXX HD

**SPORTS & NEWS**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
40,251 MSNBC
41 FOX News Channel
42 CNN
43 HLN
45 Bloomberg TV
46 CNBC
47 The Weather Channel
49 ESPN
50 ESPN2
51 NESN
52 NBC Sports Boston
65 NBC Sports Network
69 Golf Channel
84 NESN+
85,1256 NBC Sports Boston Overflow
247,1129 C-SPAN2
249,1130 C-SPAN3
250 FOX Sports 1
266 Tennis Channel
284 FOX Business Network
789,1123 FOX Business Network HD
795,1121 CNBC HD
816,1224 Tennis Channel HD
839,1243 MotorTrend Network
841,1110 FOX News Channel HD
842,1111 CNN HD
843,1112 HLN HD
847,1102 The Weather Channel HD
848,1223 Golf Channel HD
849,1205 ESPN HD
850,1206 ESPN2 HD
851,1250 NESN HD
852,1251 NBC Sports Boston HD
865,1207 NBC Sports Network HD
894,1255 NESN+ HD
901,1113 MSNBC HD
916,1122 Bloomberg TV HD
925,1208 FOX Sports 1 HD
1115 Newsmax TV HD

**EXPANDED BASIC**
(DIGITAL STARTER INCLUDES LIMITED BASIC AND EXPANDED BASIC)
24 Disney Channel
25 Nickelodeon
26 Freeform
27,186 truTV
28 MTV
29 VH1
30 FX
31 TBS
32 HGTV
33 TNT
34 E!
35 USA Network
36 Lifetime
37 A&E
38 TLC
39 Discovery
40,251 MSNBC
41 FOX News Channel
42 CNN
43 HLN
45 Bloomberg TV
46 CNBC
47 The Weather Channel
49 ESPN
50 ESPN2
51 NESN
52 NBC Sports Boston
53 Bravo
54 Food Network
56,238,1668 EWTN
59 AMC
61 Comedy Central
62 Syfy
63 Animal Planet
64,1426 TV Land
65 NBC Sports Network
66 HISTORY
67 Travel Channel
68 BET
69 Golf Channel
71,208 Hallmark Channel
84 NESN+
85,1256 NBC Sports Boston Overflow
124,1420 WGN America
199 Hallmark Movies & Mysteries
200,1757 MoviePlex
210 National Geographic Channel
214 TV One
215 WE tv
216 Oxygen
218 Universal Kids
226 OWN (Oprah Winfrey Network)
234,1655 INSP
235 UP
241 BBC America
247,1129 C-SPAN2
249,1130 C-SPAN3
250 FOX Sports 1
252 Investigation Discovery
256 FXX
267,1425 GSN
270 LMN
284 FOX Business Network
784,1488 Travel Channel HD
788,1456 LMN HD
789,1123 FOX Business Network HD
790,1459 Hallmark Movies & Mysteries HD
794,1463 Bravo HD
795,1121 CNBC HD
799,1428 WE tv HD
821,1473 National Geographic HD
823,1449 Discovery HD
824,1715 Disney Channel HD
826,1742 Freeform HD
827,1606 MTV HD
828,1612 MTV Live HD
829,1607 VH1 HD
830,1409 FX HD
831,1434 TBS HD
832,1492 HGTV HD

C0003696

833,1404 TNT HD
834,1466 E! HD
835,1403 USA Network HD
836,1455 Lifetime HD
837,1402 A&E HD
839,1243 MotorTrend Network
841,1110 FOX News Channel HD
842,1111 CNN HD
843,1112 HLN HD
847,1102 The Weather Channel HD
848,1223 Golf Channel HD
849,1205 ESPN HD
850,1206 ESPN2 HD
851,1250 NESN HD
852,1251 NBC Sports Boston HD
854,1484 Food Network HD
857,1464 OWN HD (Oprah Winfrey Network)
858,1435 Comedy Central HD
859,1405 AMC HD
862,1411 Syfy HD
863,1471 Animal Planet HD
865,1207 NBC Sports Network HD
867,1450 TLC HD
872,1478 HISTORY HD
873,1728 Nickelodeon HD
894,1255 NESN+ HD
901,1113 MSNBC HD
902,1430 truTV HD
905,1625 BET HD
907,1458 Hallmark Channel HD
908,1457 UP HD
909,1444 Investigation Discovery HD
912,1626 TV One HD
916,1122 Bloomberg TV HD
920,1418 BBC America HD
921,1465 Oxygen HD
924,1410 FXX HD
925,1208 FOX Sports 1 HD
927,1707 Universal Kids HD
1115 Newsmax TV HD

**DIGITAL PREFERRED**
(INCLUDED IN SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
55 Paramount Network
56,238,1668 EWTN
60 Cartoon Network
64,1426 TV Land
67 Travel Channel
123,1627 ASPiRE
125,1114 Newsy Live
137 SEC Network
138,1322 SEC Network Overflow
176 Ovation
181,1623 AFRO
182,1427 POP
187,1637 Revolt
190,1117 BBC World News
191,1709 BabyFirst Americas
193,1477 Smithsonian Channel
196,1685 Jewish Life Television (JLTV)
197,1741 STARZ ENCORE Family
198,1429 ReelzChannel
201,1440 SundanceTV East
202,366,1771 FLIX East
203,1775 STARZ ENCORE Action East
204,1779 STARZ ENCORE Classic East
205,1782 STARZ ENCORE Suspense East
206,1758 IndiePlex
207,1784 STARZ ENCORE Westerns East
212 IFC
213 TCM
220,1727 Nicktoons
221,1714 Discovery Family Channel
222 Disney XD
223,1702 Nick Jr.
224,1740 TeenNick
225,1756 RetroPlex
227 Science
228,1729 Nick 2
230,1497 Discovery Life
232 Nat Geo WILD
233 Destination America
236,1682 The Impact Network
239,1485 Cooking Channel
240,1493 DIY Network
242 VICELAND
243 fyi
244,1701 Disney Junior
248 ESPNews
253,1480 American Heroes Channel
254 FOX Sports 2
255,1236 Outdoor Channel
257,599 NBA TV
259 NHL Network
260,1246 TVG
261 CBS Sports Network
265,715 NFL Network
266 Tennis Channel
267,1425 GSN
269 MLB Network
272,1615 Nick Music
273,1639 MTV2
274,1628 BET Her
275,1630 BET Soul
276,1619 CMT Music
277,1614 MTV Classic
278,1766 FX Movie Channel
279,1620 Great American Country (GAC)
280,1633 BET Jams
281,1439 Logo
286 ESPNU
326 STARZ ENCORE East
638 Univision
639 Telemundo
640 UniMás
666 HITN
686 Mnet
705,1232 NBC Universo
710,1229 Univision Deportes Network
711 MTV TR3s
719 Galavision
783,1613 AXS TV
784,1488 Travel Channel HD
785,1773 STARZ ENCORE East HD
792,1716 Disney XD HD
796,1210 ESPNews HD
797,1486 fyi HD
798,1438 IFC HD
816,1224 Tennis Channel HD
817,1303 CBS Sports Network HD
822,1217 NHL Network HD
846,1222 Olympic Channel HD
853,1215 NFL Network HD
855,1412 Paramount Network HD
860,1734 Cartoon Network HD
866,1451 Science HD
900,1301 ESPNU HD
903,1755 TCM HD
910,1436 VICELAND HD
911,1487 Destination America HD
913,1218 NBA TV HD
914,1219 MLB Network HD
915,1462 Ovation HD
922,1472 Nat Geo WILD HD
923,1209 FOX Sports 2 HD
928,1321 SEC Network HD
1118 i24 News HD
1495 Z Living HD

**DEPORTES**
638 Univision
639 Telemundo
640 UniMás
678 Latin American Sports
705 NBC Universo
708,1230 FOX Deportes
710,1229 Univision Deportes Network
720,1231 ESPN Deportes

**XFINITY TV LATINO**
638 Univision
639 Telemundo
640 UniMás
641 TBN Enlace
642 Telefe
643 TeleFormula
644 Pasiones
645 TV Chile
646 Nuestra Tele
647 Video Rola
648 FOX Life
649 TVE Internacional
650 TV Venezuela
657 SUR Peru
658 Vme Kids
659 SUR TV
660 Once Mexico
661 Multimedios
662 Mexicanal
664 RC Novelas
666 HITN
667 Cinema Dinamita
668 EWTN en Espanol
669 CBeebies
670 Ecuavisa
673 Caracol TV
674 Canal 52MX
675 Cine Sony
678 Latin American Sports
704 Supercanal
705,1232 NBC Universo
706 Discovery en Espanol
707 Cinelatino
708,1230 FOX Deportes
709 CNN en Espanol
710,1229 Univision Deportes Network
711 MTV TR3s
712 ViendoMovies
713 Cine Mexicano
716 HISTORY en Espanol
717 WAPA America
718 Telemicro Internacional
719 Galavision
720,1231 ESPN Deportes
722 BabyFirst Americas - Spanish
723 Centroamerica TV
725 Discovery Familia
727 UniMás Alt
728 Univision Alt
757 TV Dominicana

**SPORTS ENTERTAINMENT PACKAGE**
(INCLUDED IN SUPER TRIPLE PLAY PACKAGE)
126,1445 Crime & Investigation
127,1479 Military History Channel
135,1302 ESPN GoalLine/Bases Loaded
136,1237 Sportsman Channel
194,1329 Pac-12 Network
213 TCM
248 ESPNews
255,1236 Outdoor Channel
257,599 NBA TV
259 NHL Network
260,1246 TVG
261 CBS Sports Network
265,715 NFL Network
269 MLB Network
282 CMT
285 BTN
286 ESPNU
287 NFL RedZone
796,1210 ESPNews HD
817,1303 CBS Sports Network HD
822,1217 NHL Network HD
853,1215 NFL Network HD
864,1608 CMT HD
882,1313 BTN HD
899,1216 NFL RedZone HD
900,1301 ESPNU HD
903,1755 TCM HD
913,1218 NBA TV HD
914,1219 MLB Network HD

**PREMIUM CHANNELS**
(SHOWTIME AND STARZ CHANNELS INCLUDED WITH SIGNATURE DOUBLE AND TRIPLE PLAY PACKAGES; HBO, SHOWTIME, STARZ, HITZ AND THE MOVIE CHANNEL INCLUDED WITH SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
202,366,1771 FLIX East
301 HBO East
302 HBO2 East
303,1806 HBO Signature East
304,1808 HBO Family East
305,1810 HBO Comedy East
306 HBO Zone East
307 HBO Latino East
321 STARZ East
322,1870 STARZ Edge East
323,1872 Starz In Black East
324,1874 STARZ Kids & Family East
325,1876 STARZ Cinema East
327,1878 STARZ Comedy East
341 CINEMAX East
361 Showtime East
362 Showtime 2 East
363,1846 Showtime Showcase East
364 Showtime Extreme East
365,1844 Showtime Beyond East
381 The Movie Channel East
382 The Movie Channel Xtra East
451,1886 Playboy
773,1814 HBO Latino HD East
775,1812 HBO Zone HD East
868,1820 CINEMAX HD East
870,1802 HBO HD East
871,1804 HBO2 HD East
875,1868 STARZ East HD
877,1840 Showtime HD East
878,1842 Showtime 2 HD East
880,1848 Showtime Extreme HD
883,1860 The Movie Channel HD East
884,1862 The Movie Channel Xtra East HD
885,1790 Epix HD (East)
1822 MoreMAX East
1824 ActionMAX East
1826 ThrillerMax East
1828 MovieMax
1830 5StarMAX
1832 OuterMAX

## INTERNATIONAL SELECTIONS

134,685,3285 Willow Plus
679,3280 RAI International
680,3293 TV Globo
681,3216 SIC International
682,3210 Premiere Futebol Clube
688,3294 TV5 Monde
701,3287 ZeeTV
702,3138 CTI Zhong Tian Channel
703,3226 RTN (Russian)
3101 Willow Plus HD
3102 TV Asia HD
3103 ZeeTV HD
3106 SET HD
3109 NDTV 24X7
3110 NDTV (Good)
3135 CCTV4
3137 Phoenix Info News
3139 Phoenix NA
3180 TV JAPAN HD
3185 Saigon Broadcasting Television Network
3194 The Filipino Channel
3195 GMA Pinoy TV
3196 GMA Life TV
3203 TV Polonia
3211,3291 Bandeirantes TV
3212 RecordTV Europa HD
3213 TV Globo HD
3217 RTPi (Portuguese)
3225 RTVI (Russian)
3227 Russian Kino
3228 NTV America
3229 Channel One Russia
3230 Impact TV
3232 RTR PLAN
3233 ROSSIYA
3234 CTC
3245 ART Network
3250 The Israeli Network
3260 DW Deutsche +
3265 TV5 Monde HD
3275 Antenna TV
3281 Mediaset Italia
3286 TV Asia
3289 SET
3290 TV JAPAN
3292 RecordTV

## PAY-PER-VIEW

257,599 NBA TV
399,800,1201 iN DEMAND PPV HD
400 iN DEMAND PPV BARKER
401 iN DEMAND PPV
402 iN DEMAND PPV 7
435,1888 Penthouse Block
452,1893 Juicy
453,1887 Vivid TV
457,1894 TEN
458,1891 XTSY
459,1890 Hustler TV
601-610 NBA/MLS PPV
612 NBA/MLS PPV HD
621-634 MLB/NHL PPV
635,1370 iNDEMAND MLB/NHL HD
636,1371 iNDEMAND MLB/NHL 2 HD
913,1218 NBA TV HD
1372-1385 MLB/NHL PPV
1387-1397 NBA/MLS PPV

## ON DEMAND

1,1000 Xfinity On Demand
342,1817 Hitz
343,1818 Hitz 2
344,1819 Hitz 3
404,1751 Free Movies On Demand
405,1801 HBO On Demand
406 HD On Demand
407 Free HD Channels On Demand
408,1800 HD Premium Channels On Demand
409 HD Music On Demand
410,1750,1880,1899 Movies On Demand
434,460,1884,1895 PARENTAL
450,1885 Adult On Demand
886-893 Searchlight On Demand
929 Red Sox On Demand
1881,1898 TV On Demand
1882,1897 Music On Demand
1883,1896 SPORTS On Demand

## XFINITY INSTANT TV LATINO

644 Pasiones
658 Vme Kids
667 Cinema Dinamita
675 Cine Sony
706 Discovery en Espanol
707 Cinelatino
709 CNN en Espanol
712 ViendoMovies
713 Cine Mexicano
716 HISTORY en Espanol
719 Galavision
722 BabyFirst Americas - Spanish
725 Discovery Familia

*A subscription to Limited Basic is required to receive video services unless otherwise indicated. TV Box, TV Adapter, CableCARD or compatible customer owned device is required to receive video services. Channel lineup for outlets with TV Adapters is same as the primary outlet with the following exceptions: premium channels are not available and only the following HD channels with channel numbers above 1000 are available: The Weather Channel, Fox News, CNN, HLN, MSNBC, CNBC, Bloomberg, Fox Business, CSPAN, CSPAN2, CSPAN 3, and your local news stations. Except for Limited Basic only customers, HD programming requires subscription to HD Technology Fee and HD compatible equipment. Channel lineup subject to change. Additional restrictions may apply. See Services & Pricing card for additional information. © 2019 Comcast. All rights reserved.*

*87733000: 1200;1320*

**For more information visit xfinity.com/support/local-channel-lineup.**

# Channel Lineup  Effective July 19, 2019   1-800-xfinity | xfinity.com



## Brunswick, ME 750
Bath, Bowdoinham, Brunswick, Durham, Freeport, Harpswell, Topsham, West Bath & Woolwich, ME

**LIMITED BASIC**
2,572,1052 EVINE Live
3,1084 Government Access
4 WIPL (ION)
5,1128 C-SPAN
6 WCSH (NBC)
7 WPFO DTV (FOX)
8 WMTW (ABC)
10,1003 CKSH
11,173 WCBB (PBS)
12 WPXT (CW)
13 WGME (CBS)
14,1070 Public Access
19 The Weather Channel
20 QVC
44,1129 C-SPAN2
51,1032 Jewelry TV
62 NECN
67,1669 CatholicTV
68,1668 EWTN
86 QVC2
87 QVC3 (FKA BEAUTY IQ)
127,1067 Jewelry FL
163,1178 WPXT Escape
164,1150 WCBB World (PBS)
165,1177 WPXT Hereos & Icons
166,1173 WCSH Justice Network
167,1174 WCSH Quest
168,1165 WGME TBD
169,1166 WGME Stadium
174,1151 WCBB Kids (PBS)
175,1181 WMTW MeTV
176,1182 WMTW Laff TV
178,1169 WPFO Charge
179,1170 WPFO CometTV
190,790 Xfinity Latino Entertainment Channel
292-293 Leased Access
322,1661 TBN
501,1008 WMTW HD (ABC)
502,1013 WGME HD (CBS)
503,1010 WCBB HD (PBS)
504,1006 WCSH HD (NBC)
505,1035 WIPL HD (ION)
507,1023 WPFO HD (FOX)
512,1051 WPXT HD (CW)
513,1127 NECN HD
563,1034 QVC HD
565,1102 The Weather Channel HD
568,1037 QVC2 HD
611,1053 QVC3 HD (FKA BEAUTY IQ HD)
701-750 Music Choice
1096,1099 Leased Access

**KIDS & FAMILY**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
17 Nickelodeon
21 MTV
23 Disney Channel
31 TLC
50 Freeform
54 Cartoon Network
57 Hallmark Channel
83,1655 INSP
121 National Geographic Channel
129 Universal Kids
527,1473 National Geographic HD
535,1707 Universal Kids HD
537,1715 Disney Channel HD
538,1742 Freeform HD
544,1450 TLC HD
553,1728 Nickelodeon HD
555,1734 Cartoon Network HD
575,1606 MTV HD
578,1458 Hallmark Channel HD

**ENTERTAINMENT**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
18 TBS
25 Discovery
26 TNT
28 A&E
29 Lifetime
32 VH1
33 USA Network
34 AMC
35 Syfy
36 Comedy Central
38 Animal Planet
40 FX
43 HISTORY
45 HGTV
46 Bravo
53 E!
55 OWN (Oprah Winfrey Network)
58 truTV
59 Food Network
65 BET
88,1049 HSN2
106 BBC America
117 LMN
124 TV One
126 Oxygen
261 FXX
342,1757 MoviePlex
344 Hallmark Movies & Mysteries
519,1612 MTV Live HD
521,1449 Discovery HD
524,1404 TNT HD
528,1402 A&E HD
536,1492 HGTV HD
539,1409 FX HD
543,1471 Animal Planet HD
545,1405 AMC HD
546,1484 Food Network HD
547,1411 Syfy HD
548,1403 USA Network HD
549,1434 TBS HD
550,1478 HISTORY HD
551,1463 Bravo HD
554,1607 VH1 HD
557,1456 LMN HD
559,1625 BET HD
567,1435 Comedy Central HD
569,1459 Hallmark Movies & Mysteries HD
573,1430 truTV HD
574,1455 Lifetime HD
588,1466 E! HD
596,1464 OWN HD (Oprah Winfrey Network)
598,1626 TV One HD
609,1418 BBC America HD
612,1465 Oxygen HD
615,1410 FXX HD

**SPORTS & NEWS**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
15 ESPN
16 ESPN2
22 NESN
24 NBC Sports Boston
27 HLN
37 CNBC
39 FOX News Channel
42 CNN
49 MSNBC
56 NBC Sports Network
60 Golf Channel
84 NESN+
85,1256 NBC Sports Boston Overflow
120,258 FOX Sports 1
130 Bloomberg TV
260 Tennis Channel
280,1130 C-SPAN3
305 FOX Business Network
520,1223 Golf Channel HD
522,1250 NESN HD
523,1206 ESPN2 HD
525,1243 MotorTrend Network
526,1205 ESPN HD
530,1207 NBC Sports Network HD
540,1110 FOX News Channel HD
541,1111 CNN HD
556,1251 NBC Sports Boston HD
558,1112 HLN HD
576,1113 MSNBC HD
579,1224 Tennis Channel HD
584,1123 FOX Business Network HD
591,1121 CNBC HD
608,1122 Bloomberg TV HD
616,1208 FOX Sports 1 HD
894,1255 NESN+ HD
1115 Newsmax TV HD

**EXPANDED BASIC**
(DIGITAL STARTER INCLUDES LIMITED BASIC AND EXPANDED BASIC)
15 ESPN
16 ESPN2
17 Nickelodeon
18 TBS
21 MTV
22 NESN
23 Disney Channel
24 NBC Sports Boston
25 Discovery
26 TNT
27 HLN
28 A&E
29 Lifetime
31 TLC
32 VH1
33 USA Network
34 AMC
35 Syfy
36 Comedy Central
37 CNBC
38 Animal Planet
39 FOX News Channel
40 FX
42 CNN
43 HISTORY
45 HGTV
46 Bravo
47,1426 TV Land
49 MSNBC
50 Freeform
53 E!
55 OWN (Oprah Winfrey Network)
56 NBC Sports Network
57 Hallmark Channel
58 truTV
59 Food Network
60 Golf Channel
64 Travel Channel
65 BET
83,1655 INSP
84 NESN+
85,1256 NBC Sports Boston Overflow
104 Investigation Discovery
106 BBC America
117 LMN
120,258 FOX Sports 1
121 National Geographic Channel
124 TV One
125 WE tv
126 Oxygen
129 Universal Kids
130 Bloomberg TV
260 Tennis Channel
261 FXX
280,1130 C-SPAN3
289 UP
295,1425 GSN
305 FOX Business Network
306,1420 WGN America
342,1757 MoviePlex
344 Hallmark Movies & Mysteries
519,1612 MTV Live HD
520,1223 Golf Channel HD
521,1449 Discovery HD
522,1250 NESN HD
523,1206 ESPN2 HD
524,1404 TNT HD
525,1243 MotorTrend Network
526,1205 ESPN HD
527,1473 National Geographic HD
528,1402 A&E HD
530,1207 NBC Sports Network HD
535,1707 Universal Kids HD
536,1492 HGTV HD
537,1715 Disney Channel HD
538,1742 Freeform HD
539,1409 FX HD
540,1110 FOX News Channel HD
541,1111 CNN HD
543,1471 Animal Planet HD
544,1450 TLC HD
545,1405 AMC HD
546,1484 Food Network HD
547,1411 Syfy HD
548,1403 USA Network HD
549,1434 TBS HD
550,1478 HISTORY HD
551,1463 Bravo HD
553,1728 Nickelodeon HD
554,1607 VH1 HD
556,1251 NBC Sports Boston HD
557,1456 LMN HD

558,1112 HLN HD
559,1625 BET HD
562,1488 Travel Channel HD
567,1435 Comedy Central HD
569,1459 Hallmark Movies & Mysteries HD
573,1430 truTV HD
574,1455 Lifetime HD
575,1606 MTV HD
576,1113 MSNBC HD
578,1458 Hallmark Channel HD
579,1224 Tennis Channel HD
584,1123 FOX Business Network HD
588,1466 E! HD
591,1121 CNBC HD
592,1428 WE tv HD
596,1464 OWN HD (Oprah Winfrey Network)
598,1626 TV One HD
605,1457 UP HD
607,1444 Investigation Discovery HD
608,1122 Bloomberg TV HD
609,1418 BBC America HD
612,1465 Oxygen HD
615,1410 FXX HD
616,1208 FOX Sports 1 HD
894,1255 NESN+ HD

**DIGITAL PREFERRED**
(INCLUDED IN SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
30 Paramount Network
41,1701 Disney Junior
47,1426 TV Land
48,251 ESPNews
52 Disney XD
54 Cartoon Network
64 Travel Channel
101,1714 Discovery Family Channel
102 Science
103 Destination America
105,1480 American Heroes Channel
108,831 MTV TR3s
109,1633 BET Jams
110,1614 MTV Classic
111,1619 CMT Music
112,1628 BET Her
113,1727 Nicktoons
114,1729 Nick 2
115,1702 Nick Jr.
116,1740 TeenNick
118,1615 Nick Music
119,1639 MTV2
122,247 NFL Network
123 Nat Geo WILD
128 TCM
133,1496 ION Life
134 ION Qubo
135 IFC
136,1709 BabyFirst Americas
138,1114 Newsy Live
139,1477 Smithsonian Channel
141,1637 Revolt
142,1624 Cleo
143,1623 AFRO
182,1427 POP
246 NBA TV
249 NHL Network
250 MLB Network
252 CBS Sports Network
253 ESPNU
257 FOX Sports 2
259,1236 Outdoor Channel
267,1237 Sportsman Channel
268 SEC Network
269,1322 SEC Network Overflow
286,1485 Cooking Channel
287,1493 DIY Network
288,1627 ASPiRE
290,1246 TVG
294,1439 Logo
295,1425 GSN
300 Ovation
301,1497 Discovery Life
302,1117 BBC World News
308 fyi
309 VICELAND
311,1682 The Impact Network
313,1630 BET Soul
315,1620 Great American Country (GAC)
325,1685 Jewish Life Television (JLTV)
339 Mnet
340,1429 ReelzChannel
341,1766 FX Movie Channel
343,1756 RetroPlex
346,1440 SundanceTV East
347,1758 IndiePlex
465,1771 FLIX East
480,1741 STARZ ENCORE Family
481 STARZ ENCORE East
482,1775 STARZ ENCORE Action East
483,1779 STARZ ENCORE Classic East
484,1782 STARZ ENCORE Suspense East
485,1777 STARZ ENCORE Black East
486,1784 STARZ ENCORE Westerns East
529,1222 Olympic Channel HD
542,1451 Science HD
552,1217 NHL Network HD
555,1734 Cartoon Network HD
560,1219 MLB Network HD
561,1412 Paramount Network HD
562,1488 Travel Channel HD
564,1486 fyi HD
566,1215 NFL Network HD
570,1303 CBS Sports Network HD
580,1716 Disney XD HD
581,1773 STARZ ENCORE East HD
582,1301 ESPNU HD
583,1210 ESPNews HD
586,1613 AXS TV
587,1438 IFC HD
590,1218 NBA TV HD
593,1755 TCM HD
594,1462 Ovation HD
595,1487 Destination America HD
606,1436 VICELAND HD
613,1472 Nat Geo WILD HD
614,1209 FOX Sports 2 HD
617,1321 SEC Network HD
655,1229 Univision Deportes Network
826,1232 NBC Universo
837 Galavision

**DEPORTES**
655,1229 Univision Deportes Network
826 NBC Universo
829,1230 FOX Deportes
838,1231 ESPN Deportes
847 Latin American Sports

**XFINITY TV LATINO**
108,831 MTV TR3s
655,1229 Univision Deportes Network
800 TBN Enlace
801 Telefe
802 TV Chile
803 Nuestra Tele
804 Video Rola
805 FOX Life
806 TVE Internacional
807 TV Venezuela
813 SUR Peru
814 SUR TV
815 Once Mexico
816 Multimedios
817 Mexicanal
819 Cinema Dinamita
820 EWTN en Espanol
821 Ecuavisa
823 Caracol TV
824 Canal 52MX
825 Supercanal
826,1232 NBC Universo
827 Discovery en Espanol
828 Cinelatino
829,1230 FOX Deportes
830 CNN en Espanol
832 ViendoMovies
833 Cine Mexicano
835 HISTORY en Espanol
836 WAPA America
837 Galavision
838,1231 ESPN Deportes
839 TV Dominicana
840 TeleFormula
841 Discovery Familia
842 CBeebies
844 HITN
845 Pasiones
846 RC Novelas
847 Latin American Sports
848 Centroamerica TV
849 BabyFirst Americas - Spanish
850 Vme Kids
852 Cine Sony

**SPORTS ENTERTAINMENT PACKAGE**
(INCLUDED IN SUPER TRIPLE PLAY PACKAGE)
48,251 ESPNews
122,247 NFL Network
128 TCM
131,1211 ESPN Classic
137,1329 Pac-12 Network
246 NBA TV
248 NFL RedZone
249 NHL Network
250 MLB Network
252 CBS Sports Network
253 ESPNU
254 BTN
259,1236 Outdoor Channel
266,1302 ESPN GoalLine/Bases Loaded
267,1237 Sportsman Channel
284,1445 Crime & Investigation
285,1479 Military History Channel
290,1246 TVG
316 CMT
552,1217 NHL Network HD
560,1219 MLB Network HD
566,1215 NFL Network HD
570,1303 CBS Sports Network HD
577,1313 BTN HD
582,1301 ESPNU HD
583,1210 ESPNews HD
590,1218 NBA TV HD
593,1755 TCM HD
597,1216 NFL RedZone HD
599,1608 CMT HD

**PREMIUM CHANNELS**
(SHOWTIME AND STARZ CHANNELS INCLUDED WITH SIGNATURE DOUBLE AND TRIPLE PLAY PACKAGES; HBO, SHOWTIME, STARZ, HITZ AND THE MOVIE CHANNEL INCLUDED WITH SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
205,1886 Playboy
400 HBO East
401 HBO2 East
402,1806 HBO Signature East
403,1808 HBO Family East
404 HBO West
405,1810 HBO Comedy East
406 HBO Zone East
408 HBO Latino East
425,1802 HBO HD East
426,1790 Epix HD (East)
430 CINEMAX East
446,1820 CINEMAX HD East
449,1840 Showtime HD East
450 Showtime East
451 Showtime 2 East
452,1846 Showtime Showcase East
453 Showtime Extreme East
454,1844 Showtime Beyond East
455,1854 Showtime Next East
456,1852 Showtime Family East
463 The Movie Channel East
464 The Movie Channel Xtra East
465,1771 FLIX East
474,1878 STARZ Comedy East
475 STARZ East
476,1870 STARZ Edge East
477,1872 Starz In Black East
478,1874 STARZ Kids & Family East
479,1876 STARZ Cinema East
532,1868 STARZ East HD
533,1842 Showtime 2 HD East
534,1860 The Movie Channel HD East
601,1804 HBO2 HD East
602,1812 HBO Zone HD East
603,1814 HBO Latino HD East
604,1862 The Movie Channel Xtra East HD
1821 CINEMAX West
1822 MoreMAX East
1824 ActionMAX East
1826 ThrillerMax East
1828 MovieMax
1830 5StarMAX
1832 OuterMAX
1834 Max Latino

**INTERNATIONAL SELECTIONS**
140,965,3285 Willow Plus
950,3293 TV Globo
951,3216 SIC International
952,3287 ZeeTV
954,3226 RTN (Russian)
955,3290 TV JAPAN
956,3135 CCTV4
957,3286 TV Asia
958,3294 TV5 Monde
959,3194 The Filipino Channel
960,3280 RAI International
962,3210 Premiere Futebol Clube
3101 Willow Plus HD
3102 TV Asia HD
3103 ZeeTV HD
3106 SET HD
3109 NDTV 24X7

3110 NDTV (Good)
3137 Phoenix Info News
3138 CTI Zhong Tian Channel
3139 Phoenix NA
3180 TV JAPAN HD
3185 Saigon Broadcasting Television Network
3195 GMA Pinoy TV
3196 GMA Life TV
3203 TV Polonia
3211,3291 Bandeirantes TV
3212 RecordTV Europa HD
3213 TV Globo HD
3217 RTPi (Portuguese)
3225 RTVI (Russian)
3227 Russian Kino
3228 NTV America
3229 Channel One Russia
3230 Impact TV
3232 RTR PLAN
3233 ROSSIYA
3234 CTC
3245 ART Network
3250 The Israeli Network
3260 DW Deutsche +
3265 TV5 Monde HD
3275 Antenna TV
3281 Mediaset Italia
3289 SET
3292 RecordTV

**PAY-PER-VIEW**
198 iN DEMAND PPV BARKER
200,600,1201 iN DEMAND PPV HD
201 iN DEMAND PPV
202 iN DEMAND PPV 7
204,1887 Vivid TV
206,1893 Juicy
207,1891 XTSY
208,1888 Penthouse Block
209,1894 TEN
210,1890 Hustler TV
218,1370 iNDEMAND MLB/NHL HD
219,1371 iNDEMAND MLB/NHL 2 HD
220-233 MLB/NHL PPV
234 NBA/MLS PPV HD
236-245 NBA/MLS PPV
246 NBA TV
590,1218 NBA TV HD
1372-1385 MLB/NHL PPV
1387-1397 NBA/MLS PPV

**ON DEMAND**
1,199,900,1000 Xfinity On Demand
197,211,1884,1895 PARENTAL
431,1817 Hitz
432,1818 Hitz 2
433,1819 Hitz 3
1880,1899 Movies On Demand
1881,1898 TV On Demand
1882,1897 Music On Demand
1883,1896 SPORTS On Demand

**XFINITY INSTANT TV LATINO**
819 Cinema Dinamita
827 Discovery en Espanol
828 Cinelatino
830 CNN en Espanol
832 ViendoMovies
833 Cine Mexicano
835 HISTORY en Espanol
837 Galavision
841 Discovery Familia
845 Pasiones
849 BabyFirst Americas - Spanish
850 Vme Kids
852 Cine Sony

A subscription to Limited Basic is required to receive video services unless otherwise indicated. TV Box, TV Adapter, CableCARD or compatible customer owned device is required to receive video services. Channel lineup for outlets with TV Adapters is same as the primary outlet with the following exceptions: premium channels are not available and only the following HD channels with channel numbers above 1000 are available: The Weather Channel, Fox News, CNN, HLN, MSNBC, CNBC, Bloomberg, Fox Business, CSPAN, CSPAN2, CSPAN 3, and your local news stations. Except for Limited Basic only customers, HD programming requires subscription to HD Technology Fee and HD compatible equipment. Channel lineup subject to change. Additional restrictions may apply. See Services & Pricing card for additional information. © 2019 Comcast. All rights reserved.

87733000: 3100;3110;3120;3130;3160;3170;3180;3190;3200

# Channel Lineup

Effective July 19, 2019   1-800-xfinity | xfinity.com



**Eliot, ME**
South Berwick, ME

**LIMITED BASIC**
2 WENH (NHPTV) (PBS)
4,1004 WBZ (CBS)
5,1005 WCVB (ABC)
6 WCSH (NBC)
7,1007 WHDH
8 WMTW (ABC)
9,1009 WMUR (ABC)
10 NECN
11 WENH Explore (NHPTV) (PBS)
12 WPXT (CW)
13 WGME (CBS)
14 WIPL (ION)
16 WPFO DTV (FOX)
17 WEA (PBS)
23,1657 Daystar
44,1128 C-SPAN
48,1032 Jewelry TV
58 QVC
86 QVC2
87 QVC3 (FKA BEAUTY IQ)
89,96,861,1052 EVINE Live
98,1003 CKSH
183,1067 Jewelry FL
184,637 Xfinity Latino Entertainment Channel
209,1146 WENH World (PBS)
217,1147 WENH-Kid (PBS)
229,1661 TBN
237,1148 WENH Create (PBS)
245-246 Leased Access
268,1669 CatholicTV
283,1099 Leased Access
288,1169 WPFO Charge
289,1170 WPFO CometTV
291,1165 WGME TBD
292,1166 WGME Stadium
293,1150 WMEA World (PBS)
294,1151 WMEA Kids
295,1178 WPXT Escape
296,1177 WPXT Hereos & Icons
297,1173 WCSH Justice Network
298,1174 WCSH Quest
299,1181 WMTW MeTV
300,1182 WMTW Laff TV
501-550 Music Choice
787,1037 QVC2 HD
791,1034 QVC HD
801,1012 WENH HD 2 (PBS)
802,1011 WENH HD (NHPTV) (PBS)
806,1006 WCSH HD (NBC)
808,1008 WMTW HD (ABC)
810,1127 NECN HD
812,1010 WMEA HD (PBS)
813,1013 WGME HD (CBS)
814,1051 WPXT HD (CW)
815,1035 WIPL HD (ION)
825,1023 WPFO HD (FOX)
904,1053 QVC3 HD (FKA BEAUTY IQ HD)
1096-1097 Leased Access

**KIDS & FAMILY**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
24 Disney Channel
25 Nickelodeon
26 Freeform
28 MTV
38 TLC
60 Cartoon Network
71,208 Hallmark Channel
210 National Geographic Channel
218 Universal Kids
234,1655 INSP
821,1473 National Geographic HD
824,1715 Disney Channel HD
826,1742 Freeform HD
827,1606 MTV HD
860,1734 Cartoon Network HD
867,1450 TLC HD
873,1728 Nickelodeon HD
907,1458 Hallmark Channel HD
927,1707 Universal Kids HD

**ENTERTAINMENT**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
27,186 truTV
29 VH1
30 FX
31 TBS
32 HGTV
33 TNT
34 E!
35 USA Network
36 Lifetime
37 A&E
39 Discovery
53 Bravo
54 Food Network
59 AMC
61 Comedy Central
62 Syfy
63 Animal Planet
66 HISTORY
68 BET
88,1049 HSN2
199 Hallmark Movies & Mysteries
200,1757 MoviePlex
214 TV One
216 Oxygen
226 OWN (Oprah Winfrey Network)
241 BBC America
256 FXX
270 LMN
788,1456 LMN HD
790,1459 Hallmark Movies & Mysteries HD
794,1463 Bravo HD
823,1449 Discovery HD
828,1612 MTV Live HD
829,1607 VH1 HD
830,1409 FX HD
831,1434 TBS HD
832,1492 HGTV HD
833,1404 TNT HD
834,1466 E! HD
835,1403 USA Network HD
836,1455 Lifetime HD
837,1402 A&E HD
854,1484 Food Network HD
857,1464 OWN HD (Oprah Winfrey Network)
858,1435 Comedy Central HD
859,1405 AMC HD
862,1411 Syfy HD
863,1471 Animal Planet HD
872,1478 HISTORY HD
902,1430 truTV HD
905,1625 BET HD
912,1626 TV One HD
920,1418 BBC America HD
921,1465 Oxygen HD
924,1410 FXX HD

**SPORTS & NEWS**
(INCLUDED IN STANDARD, SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)
40,251 MSNBC
41 FOX News Channel
42 CNN
43 HLN
45 Bloomberg TV
46 CNBC
47 The Weather Channel
49 ESPN
50 ESPN2
51 NESN
52 NBC Sports Boston
65 NBC Sports Network
69 Golf Channel
84 NESN+
85,1256 NBC Sports Boston Overflow
247,1129 C-SPAN2
249,1130 C-SPAN3
250 FOX Sports 1
266 Tennis Channel
284 FOX Business Network
789,1123 FOX Business Network HD
795,1121 CNBC HD
816,1224 Tennis Channel HD
839,1243 MotorTrend Network
841,1110 FOX News Channel HD
842,1111 CNN HD
843,1112 HLN HD
847,1102 The Weather Channel HD
848,1223 Golf Channel HD
849,1205 ESPN HD
850,1206 ESPN2 HD
851,1250 NESN HD
852,1251 NBC Sports Boston HD
865,1207 NBC Sports Network HD
894,1255 NESN+ HD
901,1113 MSNBC HD
916,1122 Bloomberg TV HD
925,1208 FOX Sports 1 HD
1115 Newsmax TV HD

**EXPANDED BASIC**
(DIGITAL STARTER INCLUDES LIMITED BASIC AND EXPANDED BASIC)
24 Disney Channel
25 Nickelodeon
26 Freeform
27,186 truTV
28 MTV
29 VH1
30 FX
31 TBS
32 HGTV
33 TNT
34 E!
35 USA Network
36 Lifetime
37 A&E
38 TLC
39 Discovery
40,251 MSNBC
41 FOX News Channel
42 CNN
43 HLN
45 Bloomberg TV
46 CNBC
47 The Weather Channel
49 ESPN
50 ESPN2
51 NESN
52 NBC Sports Boston
53 Bravo
54 Food Network
56,238,1668 EWTN
59 AMC
61 Comedy Central
62 Syfy
63 Animal Planet
64,1426 TV Land
65 NBC Sports Network
66 HISTORY
67 Travel Channel
68 BET
69 Golf Channel
71,208 Hallmark Channel
84 NESN+
85,1256 NBC Sports Boston Overflow
124,1420 WGN America
199 Hallmark Movies & Mysteries
200,1757 MoviePlex
210 National Geographic Channel
214 TV One
215 WE tv
216 Oxygen
218 Universal Kids
226 OWN (Oprah Winfrey Network)
234,1655 INSP
235 UP
241 BBC America
247,1129 C-SPAN2
249,1130 C-SPAN3
250 FOX Sports 1
252 Investigation Discovery
256 FXX
267,1425 GSN
270 LMN
284 FOX Business Network
784,1488 Travel Channel HD
788,1456 LMN HD
789,1123 FOX Business Network HD
790,1459 Hallmark Movies & Mysteries HD
794,1463 Bravo HD
795,1121 CNBC HD
799,1428 WE tv HD
821,1473 National Geographic HD
823,1449 Discovery HD
824,1715 Disney Channel HD
826,1742 Freeform HD
827,1606 MTV HD
828,1612 MTV Live HD
829,1607 VH1 HD
830,1409 FX HD
831,1434 TBS HD
832,1492 HGTV HD
833,1404 TNT HD
834,1466 E! HD
835,1403 USA Network HD

836,1455 Lifetime HD
837,1402 A&E HD
839,1243 MotorTrend Network
841,1110 FOX News Channel HD
842,1111 CNN HD
843,1112 HLN HD
847,1102 The Weather Channel HD
848,1223 Golf Channel HD
849,1205 ESPN HD
850,1206 ESPN2 HD
851,1250 NESN HD
852,1251 NBC Sports Boston HD
854,1484 Food Network HD
857,1464 OWN HD (Oprah Winfrey Network)
858,1435 Comedy Central HD
859,1405 AMC HD
862,1411 Syfy HD
863,1471 Animal Planet HD
865,1207 NBC Sports Network HD
867,1450 TLC HD
872,1478 HISTORY HD
873,1728 Nickelodeon HD
894,1255 NESN+ HD
901,1113 MSNBC HD
902,1430 truTV HD
905,1625 BET HD
907,1458 Hallmark Channel HD
908,1457 UP HD
909,1444 Investigation Discovery HD
912,1626 TV One HD
916,1122 Bloomberg TV HD
920,1418 BBC America HD
921,1465 Oxygen HD
924,1410 FXX HD
925,1208 FOX Sports 1 HD
927,1707 Universal Kids HD
1115 Newsmax TV HD

**DIGITAL PREFERRED**
(INCLUDED IN SELECT, SIGNATURE AND SUPER DOUBLE AND TRIPLE PLAY PACKAGES)

55 Paramount Network
56,238,1668 EWTN
60 Cartoon Network
64,1426 TV Land
67 Travel Channel
123,1627 ASPiRE
125,1114 Newsy Live
137 SEC Network
138,1322 SEC Network Overflow
176 Ovation
181,1623 AFRO
182,1427 POP
187,1637 Revolt
190,1117 BBC World News
191,1709 BabyFirst Americas
193,1477 Smithsonian Channel
196,1685 Jewish Life Television (JLTV)
197,1741 STARZ ENCORE Family
198,1429 ReelzChannel
201,1440 SundanceTV East
202,366,1771 FLIX East
203,1775 STARZ ENCORE Action East
204,1779 STARZ ENCORE Classic East
205,1782 STARZ ENCORE Suspense East
206,1758 IndiePlex
207,1784 STARZ ENCORE Westerns East
212 IFC
213 TCM
220,1727 Nicktoons
221,1714 Discovery Family Channel
222 Disney XD
223,1702 Nick Jr.
224,1740 TeenNick
225,1756 RetroPlex
227 Science
228,1729 Nick 2
230,1497 Discovery Life
232 Nat Geo WILD
233 Destination America
236,1682 The Impact Network
239,1485 Cooking Channel
240,1493 DIY Network
242 VICELAND
243 fyi
244,1701 Disney Junior
248 ESPNews
253,1480 American Heroes Channel
254 FOX Sports 2
255,1236 Outdoor Channel
257,599 NBA TV
259 NHL Network
260,1246 TVG
261 CBS Sports Network
265,715 NFL Network
266 Tennis Channel
267,1425 GSN
269 MLB Network
272,1615 Nick Music
273,1639 MTV2
274,1628 BET Her
275,1630 BET Soul
276,1619 CMT Music
277,1614 MTV Classic
278,1766 FX Movie Channel
279,1620 Great American Country (GAC)
280,1633 BET Jams
281,1439 Logo
286 ESPNU
326 STARZ ENCORE East
638 Univision
639 Telemundo
640 UniMás
666 HITN
686 Mnet
705,1232 NBC Universo
710,1229 Univision Deportes Network
711 MTV TR3s
719 Galavision
783,1613 AXS TV
784,1488 Travel Channel HD
785,1773 STARZ ENCORE East HD
792,1716 Disney XD HD
796,1210 ESPNews HD
797,1486 fyi HD
798,1438 IFC HD
816,1224 Tennis Channel HD
817,1303 CBS Sports Network HD
822,1217 NHL Network HD
846,1222 Olympic Channel HD
853,1215 NFL Network HD
855,1412 Paramount Network HD
860,1734 Cartoon Network HD
866,1451 Science HD
900,1301 ESPNU HD
903,1755 TCM HD
910,1436 VICELAND HD
911,1487 Destination America HD
913,1218 NBA TV HD
914,1219 MLB Network HD
915,1462 Ovation HD
922,1472 Nat Geo WILD HD
923,1209 FOX Sports 2 HD
928,1321 SEC Network HD
1118 i24 News HD
1495 Z Living HD

**DEPORTES**

638 Univision
639 Telemundo
640 UniMás
678 Latin American Sports
705 NBC Universo
708,1230 FOX Deportes
710,1229 Univision Deportes Network
720,1231 ESPN Deportes

**XFINITY TV LATINO**

638 Univision
639 Telemundo
640 UniMás
641 TBN Enlace
642 Telefe
643 TeleFormula
644 Pasiones
645 TV Chile
646 Nuestra Tele
647 Video Rola
648 FOX Life
649 TVE Internacional
650 TV Venezuela
657 SUR Peru
658 Vme Kids
659 SUR TV
660 Once Mexico
661 Multimedios
662 Mexicanal
664 RC Novelas
666 HITN
667 Cinema Dinamita
668 EWTN en Espanol
669 CBeebies
670 Ecuavisa
673 Caracol TV
674 Canal 52MX
675 Cine Sony
678 Latin American Sports
704 Supercanal
705,1232 NBC Universo
706 Discovery en Espanol
707 Cinelatino
708,1230 FOX Deportes
709 CNN en Espanol
710,1229 Univision Deportes Network
711 MTV TR3s
712 ViendoMovies
713 Cine Mexicano
716 HISTORY en Espanol
717 WAPA America
718 Telemicro Internacional
719 Galavision
720,1231 ESPN Deportes
722 BabyFirst Americas - Spanish
723 Centroamerica TV
725 Discovery Familia
727 UniMás Alt
728 Univision Alt
757 TV Dominicana

**SPORTS ENTERTAINMENT PACKAGE**
(INCLUDED IN SUPER TRIPLE PLAY PACKAGE)

126,1445 Crime & Investigation
127,1479 Military History Channel
135,1302 ESPN GoalLine/Bases Loaded
136,1237 Sportsman Channel
194,1329 Pac-12 Network
213 TCM
248 ESPNews
255,1236 Outdoor Channel
257,599 NBA TV
259 NHL Network
260,1246 TVG
261 CBS Sports Network
265,715 NFL Network
269 MLB Network
282 CMT
285 BTN
286 ESPNU
287 NFL RedZone
796,1210 ESPNews HD
817,1303 CBS Sports Network HD
822,1217 NHL Network HD
853,1215 NFL Network HD
864,1608 CMT HD
882,1313 BTN HD
899,1216 NFL RedZone HD
900,1301 ESPNU HD
903,1755 TCM HD
913,1218 NBA TV HD
914,1219 MLB Network HD

**PREMIUM CHANNELS**
(SHOWTIME AND STARZ CHANNELS INCLUDED WITH SIGNATURE DOUBLE AND TRIPLE PLAY PACKAGES; HBO, SHOWTIME, STARZ, HITZ AND THE MOVIE CHANNEL INCLUDED WITH SUPER DOUBLE AND TRIPLE PLAY PACKAGES)

202,366,1771 FLIX East
301 HBO East
302 HBO2 East
303,1806 HBO Signature East
304,1808 HBO Family East
305,1810 HBO Comedy East
306 HBO Zone East
307 HBO Latino East
321 STARZ East
322,1870 STARZ Edge East
323,1872 Starz In Black East
324,1874 STARZ Kids & Family East
325,1876 STARZ Cinema East
327,1878 STARZ Comedy East
341 CINEMAX East
361 Showtime East
362 Showtime 2 East
363,1846 Showtime Showcase East
364 Showtime Extreme East
365,1844 Showtime Beyond East
381 The Movie Channel East
382 The Movie Channel Xtra East
451,1886 Playboy
773,1814 HBO Latino HD East
775,1812 HBO Zone HD East
868,1820 CINEMAX HD East
870,1802 HBO HD East
871,1804 HBO2 HD East
875,1868 STARZ East HD
877,1840 Showtime HD East
878,1842 Showtime 2 HD East
880,1848 Showtime Extreme HD
883,1860 The Movie Channel HD East
884,1862 The Movie Channel Xtra East HD
885,1790 Epix HD (East)
1822 MoreMAX East
1824 ActionMAX East
1826 ThrillerMax East
1828 MovieMax
1830 5StarMAX
1832 OuterMAX

## INTERNATIONAL SELECTIONS

134,685,3285 Willow Plus
679,3280 RAI International
680,3293 TV Globo
681,3216 SIC International
682,3210 Premiere Futebol Clube
698,3294 TV5 Monde
701,3287 ZeeTV
702,3138 CTI Zhong Tian Channel
703,3226 RTN (Russian)
3101 Willow Plus HD
3102 TV Asia HD
3103 ZeeTV HD
3106 SET HD
3109 NDTV 24X7
3110 NDTV (Good)
3135 CCTV4
3137 Phoenix Info News
3139 Phoenix NA
3180 TV JAPAN HD
3185 Saigon Broadcasting Television Network
3194 The Filipino Channel
3195 GMA Pinoy TV
3196 GMA Life TV
3203 TV Polonia
3211,3291 Bandeirantes TV
3212 RecordTV Europa HD
3213 TV Globo HD
3217 RTPi (Portuguese)
3225 RTVI (Russian)
3227 Russian Kino
3228 NTV America
3229 Channel One Russia
3230 Impact TV
3232 RTR PLAN
3233 ROSSIYA
3234 CTC
3245 ART Network
3250 The Israeli Network
3260 DW Deutsche +
3265 TV5 Monde HD
3275 Antenna TV
3281 Mediaset Italia
3286 TV Asia
3289 SET
3290 TV JAPAN
3292 RecordTV

## PAY-PER-VIEW

257,599 NBA TV
399,800,1201 iN DEMAND PPV HD
400 iN DEMAND PPV BARKER
401 iN DEMAND PPV
402 iN DEMAND PPV 7
435,1888 Penthouse Block
452,1893 Juicy
453,1887 Vivid TV
457,1894 TEN
458,1891 XTSY
459,1890 Hustler TV
601-610 NBA/MLS PPV
612 NBA/MLS PPV HD
621-634 MLB/NHL PPV
635,1370 iNDEMAND MLB/NHL HD
636,1371 iNDEMAND MLB/NHL 2 HD
913,1218 NBA TV HD
1372-1385 MLB/NHL PPV
1387-1397 NBA/MLS PPV

## ON DEMAND

1,1000 Xfinity On Demand
342,1817 Hitz
343,1818 Hitz 2
344,1819 Hitz 3
404,1751 Free Movies On Demand
405,1801 HBO On Demand
406 HD On Demand
407 Free HD Channels On Demand
408,1800 HD Premium Channels On Demand
409 HD Music On Demand
410,1750,1880,1899 Movies On Demand
434,460,1884,1895 PARENTAL
450,1885 Adult On Demand
886-893 Searchlight On Demand
929 Red Sox On Demand
1881,1898 TV On Demand
1882,1897 Music On Demand
1883,1896 SPORTS On Demand

## XFINITY INSTANT TV LATINO

644 Pasiones
658 Vme Kids
667 Cinema Dinamita
675 Cine Sony
706 Discovery en Espanol
707 Cinelatino
709 CNN en Espanol
712 ViendoMovies
713 Cine Mexicano
716 HISTORY en Espanol
719 Galavision
722 BabyFirst Americas - Spanish
725 Discovery Familia

*A subscription to Limited Basic is required to receive video services unless otherwise indicated. TV Box, TV Adapter, CABLECARD or compatible customer owned device is required to receive video services. Channel lineup for outlets with TV Adapters is same as the primary outlet with the following exceptions: premium channels are not available and only the following HD channels with channel numbers above 1000 are available: The Weather Channel, Fox News, CNN, HLN, MSNBC, CNBC, Bloomberg, Fox Business, CSPAN, CSPAN2, CSPAN 3, and your local news stations. Except for Limited Basic only customers, HD programming requires subscription to HD Technology Fee and HD compatible equipment. Channel lineup subject to change. Additional restrictions may apply. See Services & Pricing card for additional information. © 2019 Comcast. All rights reserved.*

87733000: 1210;1310

**For more information visit xfinity.com/support/local-channel-lineup.**