# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; and VIACOM INC., <br><br>         Plaintiffs,<br><br>         v.<br><br>JANET MILLS, in her official capacity as the Governor of Maine; AARON FREY, in his official capacity as the Attorney General of Maine; the CITY OF BATH, MAINE; the TOWN OF BERWICK, MAINE; the TOWN OF BOWDOIN, MAINE; the TOWN OF BOWDOINHAM, MAINE; the TOWN OF BRUNSWICK, MAINE; the TOWN OF DURHAM, MAINE; the TOWN OF ELIOT, MAINE; the TOWN OF FREEPORT, MAINE; the TOWN OF HARPSWELL, MAINE; the TOWN OF KITTERY, MAINE; the TOWN OF PHIPPSBURG, MAINE; the TOWN OF SOUTH BERWICK, MAINE; the TOWN OF TOPSHAM, MAINE; the TOWN OF WEST BATH, MAINE; and the TOWN OF WOOLWICH, MAINE;<br><br>         Defendants. | Case No. 1:19-cv-00410-NT |

**MOTION OF NATIONAL ASSOCIATION OF BROADCASTERS AND MAINE ASSOCIATION OF BROADCASTERS FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* SUPPORTING PLAINTIFFS**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, amici curiae make the following disclosures regarding their corporate status:

Both the National Association of Broadcasters and the Maine Association of Broadcasters are nonprofit, nonpartisan corporations organized under Section 501(c)(6) of the Internal Revenue Code.  Neither has a parent corporation nor issues stock, and no publicly held corporation has any form of ownership interest in either corporation.

Dated: September 17, 2019                             Respectfully submitted,


                                                      /s/ Timothy C. Woodcock

Rick Kaplan (*pro hac vice pending*)                  Timothy C. Woodcock
Erin Dozier (*pro hac vice pending*)                  EATON PEABODY
NATIONAL ASSOCIATION OF BROADCASTERS                  80 Exchange Street
1771 N Street, NW                                     Bangor, Maine 04401
Washington, DC  20036                                 twoodcock@eatonpeabody.com
rkaplan@nab.org                                       207-992-4338
EDozier@nab.org
202-429-5430

Stephen B. Kinnaird (*pro hac vice pending*)
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC  20005
stephenkinnaird@paulhastings.com
(202) 551-1700                                        *Counsel for* Amici Curiae *National Association of Broadcasters and Maine Association of Broadcasters*

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

The National Association of Broadcasters ("NAB") and the Maine Association of Broadcasters ("MAB") hereby move for leave to file a short brief as *amici curiae* supporting Plaintiffs.

NAB is a non-profit incorporated trade association representing radio and television broadcasters across the United States. NAB advocates for its membership before Congress, the courts, the Federal Communications Commission, and other governmental entities. Many NAB members are local, independent stations.

MAB represents over 125 radio and television broadcast stations in Maine. MAB's purpose is to promote broadcasting in Maine by providing information and advice to its members. It has represented its members' interests before Congress, the Maine Legislature, the Federal Communications Commission and state agencies.

Members of both NAB and MAB include local television broadcast stations whose signals are carried by cable systems in Maine. Under federal law, "[e]ach cable operator of a cable system shall provide its subscribers a separately available basic service tier to which subscription is required for access to any other tier of service." 47 U.S.C. § 543(b)(7)(A). That mandatory basic service tier must include any local television broadcast channels carried on the cable system. *Id.* § 543(b)(7)(A)(i), (iii).

This case concerns H.P. 606–L.D. 832, entitled "An Act to Expand Options for Consumers of Cable Television in Purchasing Individual Channels and Programs" (L.D. 832), 129 Pub. L. Ch. 308, § 1 (2019). L.D. 832 provides that "[n]otwithstanding any provision in a franchise, a cable system operator shall offer subscribers the option of purchasing access to cable channels, or programs on cable channels, individually." 129 Pub. L. Ch. 308, § 1

(2019) (emphasis added) (to be codified at 30-A M.R.S. § 3008(3)(F)).  If the statutory terms "cable channels" and "programs on cable channels" are deemed to include "broadcast channels" and "broadcast programs" carried on cable systems, and the statute is not preempted, NAB and MAB members in Maine would be adversely affected.  They would potentially lose viewership and revenue if their signals are no longer delivered as part of federally mandated provision of a "basic service tier" of programming, and the provisions of their negotiated retransmission agreements with cable operators that forbid "a la carte" offering of broadcast channels and programs to cable subscribers would be at risk.

NAB and MAB have prepared a brief as *amici curiae* to aid this Court in the disposition of this motion and ultimately this case.  In particular, the Court may benefit from the broadcast industry's views on the preemptive force of various provisions of the Communications Act and whether L.D. 832 applies to broadcast channels and programs carried on cable systems.

Accordingly, NAB and MAB respectfully request that this Court grant them leave to file the attached brief as *amici curiae* supporting Plaintiffs.

                     Respectfully submitted,

                     /s/ Timothy C. Woodcock

Rick Kaplan (*pro hac vice pending*)　　　　Timothy C. Woodcock
Jerianne Timmerman (*pro hac vice pending*)　EATON PEABODY
Erin Dozier (*pro hac vice pending*)　　　　80 Exchange Street
NATIONAL ASSOCIATION OF BROADCASTERS　　Bangor, Maine 04401
1771 N Street, NW　　　　　　　　　　　　twoodcock@eatonpeabody.com
Washington, DC 20036　　　　　　　　　　207-992-4338
rkaplan@nab.org
JTimmerman@nab.org
EDozier@nab.org
202-429-5430

| | |
|---|---|
| Stephen B. Kinnaird (*pro hac vice pending*)<br>PAUL HASTINGS LLP<br>875 15th Street, NW<br>Washington, DC 20005<br>stephenkinnaird@paulhastings.com<br>(202) 551-1700 | *Counsel for* amici curiae *National Association of Broadcasters and Maine Association of Broadcasters* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I electronically filed the foregoing document with Clerk of the United States District Court for the District of Maine by using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 17, 2019

                                        Respectfully submitted,

                                        <u>/s/ Timothy C. Woodcock</u>
                                        Timothy C. Woodcock

                                        EATON PEABODY
                                        80 Exchange Street
                                        Bangor, Maine 04401
                                        twoodcock@eatonpeabody.com
                                        207-992-4338