IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE / NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBC UNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; and VIACOM INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JANET MILLS, in her official capacity as the Governor of the State of Maine; AARON FREY, in his official capacity as the Attorney General of Maine; the CITY OF BATH, MAINE; the TOWN OF BERWICK, MAINE; the TOWN OF BOWDOIN, MAINE; the TOWN OF BOWDOINHAM, MAINE, the TOWN OF BRUNSWICK, MAINE; the TOWN OF DURHAM, MAINE; the TOWN OF ELIOT, MAINE; the TOWN OF FREEPORT, MAINE; the TOWN OF HARPSWELL, MAINE; the TOWN OF KITTERY, MAINE; the TOWN OF PHIPPSBURG, MAINE; the TOWN OF SOUTH BERWICK, MAINE; the TOWN OF TOPSHAM, MAINE; the TOWN OF WEST BATH, MAINE; and the TOWN OF WOOLWICH, Maine, <br><br> Defendants. | Civil Action No. 1:19-cv-00410-NT |

ENTRY OF APPEARANCE

I, Jessica L. Maher, hereby respectfully request that the Court enter my appearance as counsel for the Town of Phippsburg, Maine.

Dated: September 23, 2019

/s/ Jessica L. Maher
Jessica L. Maher
MONCURE & BARNICLE
P.O. Box 636
Brunswick, Maine 04011
(207) 729-0856
jmaher@mb-law.com

Attorney for Defendant
Town of Phippsburg