**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; and VIACOM INC., <br><br> Plaintiffs, <br> v. <br><br> JANET MILLS, in her official capacity as the Governor of Maine; AARON FREY, in his official capacity as the Attorney General of Maine; the CITY OF BATH, MAINE: the TOWN OF BERWICK, MAINE; the TOWN OF BOWDOIN, MAINE; the TOWN OF BOWDOINHAM, MAINE; the TOWN OF BRUNSWICK, MAINE; the TOWN OF DURHAM, MAINE; the TOWN OF ELIOT, MAINE; the TOWN OF FREEPORT, MAINE; the TOWN OF HARPSWELL, MAINE; the TOWN OF KITTERY, MAINE; The TOWN OF PHIPPSBURG, MAINE; the TOWN OF SOUTH BERWICK, MAINE; the TOWN OF TOPSHAM, MAINE; the TOWN Of WEST BATH, MAINE: and the TOWN OF WOOLWICH, MAINE; <br><br> Defendants. | Case No. 1:19-cv-00410-NT <br><br><br> **NOTICE OF APPEARANCE for the TOWN OF BRUNSWICK, MAINE** |

Stephen E. F. Langsdorf, of the law firm Preti, Flaherty, Beliveau & Pachios, LLP, hereby serves notice of appearance as counsel of record for Defendant, the Town of Brunswick Maine.

I certify that I am admitted to practice in this Court.

Dated at Augusta, Maine this 24th day of September, 2019.

>Respectfully Submitted,
>The Town of Brunswick, Maine
>
>By its attorneys,
>PRETI FLAHERTY BELIVEAU &
>PACHIOS, LLP
>
>_____
>Stephen E. F. Langsdorf, Esq.
>PretiFlaherty
>P.O. Box 1058
>45 Memorial Circle
>Augusta, ME 04332-1058
>207-623-5300
>slangsdorf@preti.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; and VIACOM INC., <br><br> Plaintiffs, <br> v. <br><br> JANET MILLS, in her official capacity as the Governor of Maine; AARON FREY, in his official capacity as the Attorney General of Maine; the CITY OF BATH, MAINE: the TOWN OF BERWICK, MAINE; the TOWN OF BOWDOIN, MAINE; the TOWN OF BOWDOINHAM, MAINE; the TOWN OF BRUNSWICK, MAINE; the TOWN OF DURHAM, MAINE; the TOWN OF ELIOT, MAINE; the TOWN OF FREEPORT, MAINE; the TOWN OF HARPSWELL, MAINE; the TOWN OF KITTERY, MAINE; The TOWN OF PHIPPSBURG, MAINE; the TOWN OF SOUTH BERWICK, MAINE; the TOWN OF TOPSHAM, MAINE; the TOWN Of WEST BATH, MAINE: and the TOWN OF WOOLWICH, MAINE; <br><br> Defendants. | Case No. 1:19-cv-00410-NT <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date, I electronically filed the foregoing document entitled Notice of Appearance for the Town of Brunswick, Maine via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

DATED: September 24, 2019

_____
Stephen E. F. Langsdorf, Esq.
PretiFlaherty
P.O. Box 1058
45 Memorial Circle
Augusta, ME 04332-1058
207-623-5300
slangsdorf@preti.com