# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC., *et al*., <br><br>        Plaintiffs, <br><br>          v. <br><br> JANET MILLS, in Her Official Capacity as the Governor of the State of Maine, *et al.*, <br><br>        Defendants. | CIVIL ACTION NO.: 1:19-cv-00410-NT |

## STATE DEFENDANTS' RESPONSE TO
## MOTIONS OF AMICI FOR LEAVE TO FILE BRIEFS

Defendants Janet T. Mills, in her official capacity as Governor of the State of Maine, and Aaron M. Frey, in his official capacity as Attorney General of the State of Maine (collectively, the "State Defendants") do not object to the motion of National Association of Broadcasters and Maine Association of Broadcasters to file a brief as amici curiae (Docket Item 44) or to the motion of Motion Picture Association to file a brief as amicus curiae (Docket Item 54).

Dated:  October 7, 2019

        AARON M. FREY

        Attorney General

        /s/ Christopher C. Taub
        Christopher C. Taub, Asst. Atty. Gen.
        Christopher.C.Taub@maine.gov
        Six State House Station
        Augusta, Maine  04333-0006
        Tel.  (207) 626-8800
        Fax (207) 287-3145

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this, the 7th day of October, 2019, I electronically filed the above

document with the Clerk of Court using the CM/ECF system which will send notification of such

filing to the following:

AMY K. TCHAO
atchao@dwmlaw.com

DAVID P. MURRAY
dmurray@willkie.com

EBEN M. ALBERT
ealbert@bernsteinshur.com

ERIN LORRAINE DOZIER
edozier@nab.org

JAMES S. BLACKBURN
james.blackburn@arnoldporter.com

JEFFREY T. PIAMPIANO
jpiampiano@dwmlaw.com

JESSICA L. MAHER
 jmaher@mb-law.com

JESSICA L. SABA
jessica.saba@lw.com

JOHN C. ULIN
john.ulin@arnoldporter.com

JOHN W. CONWAY
 jconway@lcwlaw.com

RICHARD H. GRIFFIN
richard.griffin@lw.com

SALLY J. DAGGETT
sdaggett@jbgh.com

JOSHUA A. RANDLETT
jrandlett@rudmanwinchell.com

JOSHUA A. TARDY
jtardy@rudmanwinchell.com

KRISTIN M. COLLINS
kcollins@preti.com

MATTHEW A. BRILL
matthew.brill@lw.com

MATTHEW T. MURCHISON
matthew.murchison@lw.com

MELANIE A. MEDINA
mamedina@willkie.com

MICHAEL D. HURWITZ
mhurwitz@willkie.com

MICHAEL H. HERMAN
michael.herman@lw.com

OSCAR RAMALLO
oscar.ramallo@arnoldporter.com

PHILIP R. SAUCIER
psaucier@bernsteinshur.com

ROGER R. THERRIAULT
rtherriault@tlawmaine.com

STEPHEN BLAKE KINNAIRD
stephenkinnaird@paulhastings.com

STEPHEN E. F. LANGSDORF
 slangsdorf@preti.com

TIMOTHY C. WOODCOCK
 twoodcock@eatonpeabody.com

WILLIAM KENNEDY
 wkennedy@ddlaw.com

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Assistant Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800