**xfinity.**

XOD By Network

7:19am

A&E

| A&E | ABC |
|---|---|
| Adult Swim | The Africa Channel |
| AMC | AMC Premiere |
| American Heroes | Animal Planet |
| Anime Network | ASPiRE |

More ▶ Choices

**xfinity.**

XOD By Network

BBC America

7:20am

JOHN 3 WICK

| BBC America | BBC World News |
|---|---|
| BET | BET HER |
| Bravo | CBS |
| CI | CMT |
| CNBC | CNN |

More ◆ Choices

# xfinity.

## XOD By Network
### Comedy Central

7:20am





| Comedy Central | Common Sense Media |
| Cooking Channel | Crackle |
| CuriosityStream | The CW |
| Destination America | Discovery Channel |
| Discovery Life | DIY Network |

More ◆ Choices

# xfinity.

**XOD By Network**

**DOGTV**
The first TV channel designed for dogs

7:20am

JOHN 3 WICK

| DOGTV | E! |
| FM | Food Network |
| FOX | Freeform |
| FX | FXX |
| FYI | Gaia |

More ◆ Choices

# xfinity.

## XOD By Network

**GSN**

7:20am

*simply say*
**JOHN WICK: CHAPTER 3**
into your X1 Voice Remote

| GSN | Hallmark Channel |
|---|---|
| HBO | Here TV |
| HGTV | HISTORY |
| HISTORY Vault | HLN |
| ID Discovery | IFC TV |

More ◆ Choices

# xfinity.

## XOD By Network

**Lifetime**

7:20am

| | |
|---|---|
| **Lifetime** | LMN |
| Logo | Mag Rack |
| MAX | MSNBC |
| MTV | Nat Geo Wild |
| National Geographic | NBC |

More ◆ Choices

**xfinity.**

XOD By Network
Newsmakers

7:20am

| Newsmakers | Newsy |
| --- | --- |
| Nick Mom | Ovation |
| OWN | Oxygen |
| Paramount Network | PBS - VPT |
| Pop | REELZ |

More ◆ Choices

# xfinity.

## XOD By Network

### SCIENCE

7:20am



| SCIENCE | Shout! Factory |
| Showtime | Smithsonian Channel |
| STARZ | SundanceTV |
| Syfy | TBS |
| TeenNick | TLC |

More  Choices

# xfinity.

## XOD By Network

TNT

7:20am



| TNT | TOKU |
| Travel Channel | truTV |
| TV Land | TV One |
| UP | UP Faith & Family |
| USA Network | Vegas |

More ◆ Choices

**xfinity.**

XOD By Network

MotorTrends

7:20am

| MotorTrends | VH1 |
| VICELAND | Weather Channel |
| WE tv | WGNA |

More ▲ Choices