**xfinity.**

7:24am

XOD ABC

20-20

- 20-20
- AFV
- Amer Housewife HD
- Bachelor Paradise HD
- Black-ish HD

- 20-20 HD
- AFV HD
- Bachelor Paradise
- Black-ish
- Bless This Mess

More ▶ Choices

xfinity.

7:24am

XOD ABC
Bless This Mess HD

| Bless This Mess HD | Card Sharks |
| Card Sharks HD | Celeb Family Feud |
| Celeb Family Feud HD | The Conners |
| The Conners HD | Dancing With Stars |
| Dance With Stars HD | Emergence |

More ◆ Choices

xfinity.

XOD ABC
7:24am
Emergence HD

| Emergence HD |
| Family Food Fight | Family Food Fight HD |
| Fresh off the Boat | Fresh off Boat HD |
| General Hospital | General Hospital HD |
| The Goldbergs | The Goldbergs HD |
| The Good Doctor |

More ◆ Choices

**xfinity**

7:24am
XOD ABC
The Good Doctor HD

ROOTING FOR THE
"BAD GUYS" NEVER
FELT SO GOOD.

The Good Doctor HD
Grand Hotel HD — Grand Hotel
Grey's Anatomy HD — Grey's Anatomy
Holey Moley HD — Holey Moley
How to Get-Murder HD — How to Get-Murder
— Jimmy Kimmel Live

More ◆ Choices

# xfinity.

XOD ABC  7:25am
Jimmy Kimmel Live HD



| Match Game | Million Things | Mixed-ish HD | Modern Family HD | Press Your Luck HD |

| Jimmy Kimmel Live HD | Match Game HD | Mixed-ish | Modern Family | Press Your Luck |

More  Choices

**xfinity.**

XOD ABC  
7:25am  
Pyramid

- Pyramid
- Reef Break
- The Rookie
- Schooled
- Shark Tank

- Pyramid HD
- Reef Break HD
- The Rookie HD
- Schooled HD
- Shark Tank HD

More ◆ Choices



xfinity.

7:25am

XOD ABC

Single Parents

Single Parents HD
Specials HD
Station 19 HD
Stumptown HD
To Tell The Truth HD

Single Parents
Specials
Station 19
Stumptown
To Tell The Truth

More ◆ Choices

xfinity.

7:25am

XOD ABC

The View

The View

The View HD

What Would You Do

What Would You Do

More ◀ Choices