**xfinity.**

XOD A&E     7:30am

Duck Dynasty

| Duck Dynasty | Duck Dynasty HD |
| The Eleven | The Eleven HD |
| Emergency Response | Epic Ink |
| Epic Ink HD | Escaping Polygamy |
| Escaping Polygamy HD | First 48 |

◆ More Choices

# xfinity.

**XOD Duck Dynasty**
Season 1

7:30am



Marvel Studios' Avengers: Endgame

| Season 1 | Season 2 |
| --- | --- |
| Season 3 | Season 4 |
| Season 5 | Season 6 |
| Season 7 | Season 8 |
| Season 9 | Season 11 |