UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC., et als., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF MAINE, et als., <br><br> Defendants | Civil Action No. 1:19-cv-000410-NT |

### DEFENDANTS TOWN OF KITTERY AND TOWN OF WEST BATH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants Town of Kittery and Town of West Bath hereby join in the State Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF #69) filed with the Court today.

Dated at Portland, Maine this 7th day of October, 2019.

/s/ Sally J. Daggett
Sally J. Daggett
*sdaggett@jbgh.com*
Attorney for Defendants Town of Kittery and
  Town of West Bath

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sally J. Daggett
Sally J. Daggett
*sdaggett@jbgh.com*
JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME 04112
(207) 775-7271

*Attorney for Defendants Town of Kittery and
   Town of West Bath*