**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; AND VIACOM INC., <br><br> Plaintiffs, <br> v. <br><br> JANET MILLS, IN HER OFFICIAL CAPACITY AS THE GOVERNOR OF MAINE; AARON FREY, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF MAINE; THE CITY OF BATH, MAINE; THE TOWN OF BERWICK, MAINE; THE TOWN OF BOWDOIN, MAINE; THE TOWN OF BOWDOINHAM, MAINE; THE TOWN OF BRUNSWICK, MAINE; THE TOWN OF DURHAM, MAINE; THE TOWN OF ELIOT, MAINE; THE TOWN OF FREEPORT, MAINE; THE TOWN OF HARPSWELL, MAINE; THE TOWN OF KITTERY, MAINE; THE TOWN OF PHIPPSBURG, MAINE; THE TOWN OF SOUTH BERWICK, MAINE; THE TOWN OF TOPSHAM, MAINE; THE TOWN OF WEST BATH, MAINE; AND THE TOWN OF WOOLWICH, MAINE; <br> Defendants. | CASE NO. 1:19-CV-00410-NT <br><br> DEFENDANT TOWN OF HARPSWELL'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

## **DEFENDANT TOWN OF HARPSWELL'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendant Town of Harpswell (hereinafter "Town") hereby joins in Defendant Janet Mills, in her official capacity as the Governor of Maine, and Aaron Frey, in his official capacity as the Attorney General of Maine (hereinafter "State") Opposition to the Plaintiffs' Motion for Preliminary Injunction (ECF Filing # 69) filed with the Court on October 7, 2019. Regardless, injunctive relief against the Town is not appropriate because this Court does not have subject matter jurisdiction to adjudicate the Plaintiffs' complaint with respect to the Town for all the reasons set forth in the Town's Motion to Dismiss (ECF Filing # 73).

Dated: October 7, 2019

/s/ *Jeffery T. Piampiano*
Jeffery T. Piampiano
Amy K. Tchao

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
207-772-1941
jpiampiano@dwmlaw.com

Attorney for Defendant
Town of Harpswell, Maine

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, I electronically filed the forgoing Opposition to Plaintiffs' Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

/s/ Jeffery T. Piampiano
Jeffery T. Piampiano
Amy K. Tchao

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101-2480
207-772-1941
jpiampiano@dwmlaw.com

Attorney for Defendant
Town of Harpswell