### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE / NEW HAMPSHIRE, INC., *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>JANET MILLS, *et al.*<br><br>              Defendants. | Civil Action No. 1:19-cv-00410-NT |

### PLAINTIFFS' MOTION FOR ADDITIONAL PAGES FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

NOW COME Plaintiffs, through their undersigned counsel, and pursuant to D. Me. Local R. 7(d) respectfully request leave to file a 10-page reply memorandum in support of their previously filed Motion for Preliminary Injunction (the "PI Motion"). In further support thereof, Plaintiffs state as follows:

1.  Defendants' memoranda in opposition to Plaintiffs' PI Motion were filed on October 7, 2019. Plaintiffs' reply brief is due to be filed on or before October 15, 2019. This Motion for Additional Pages is, therefore, timely pursuant to Local Rule 7(d).

2.  This case involves a challenge to the constitutionality of a recently enacted Maine law, H.P. 606 – L.D. 832, entitled "An Act to Expand Options for Consumers of Cable Television in Purchasing Individual Channels and Programs" ("L.D. 832"). As more fully set forth in their Complaint and PI Motion, Plaintiffs contend that L.D. 832 is preempted by federal law and is violative of their First Amendment rights.

3.  Notwithstanding that Plaintiffs' PI Motion adhered to the default 20-page limit, the State Defendants obtained leave to file a 25-page opposition brief. As a result,

Plaintiffs do not anticipate being able to fully and adequately respond to Defendants' oppositions within the default seven-page limitation. Plaintiffs respectfully request an additional three pages, such that they may be permitted to file a reply memorandum of 10 pages in length.

4. Plaintiffs' counsel has contacted the attorneys for the Defendants regarding this Motion for Additional Pages, all of whom have indicated that they do not object.

WHEREFORE, Plaintiffs respectfully request that the Court grant the within Motion and permit them to file a 10-page reply memorandum in support of their PI Motion.

Dated: October 8, 2019

Respectfully submitted,

/s/ *Joshua A. Tardy*
Joshua A. Tardy
Joshua A. Randlett
RUDMAN WINCHELL
84 Harlow Street, P.O. Box 1401
Bangor, ME 04402
jrandlett@rudmanwinchell.com
jtardy@rudmanwinchell.com

*Attorneys for Plaintiffs*

Matthew A. Brill
Matthew T. Murchison
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
matthew.brill@lw.com
matthew.murchison@lw.com

*Attorneys for Plaintiffs*

David P. Murray
Michael D. Hurwitz
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238

MHurwitz@willkie.com
DMurray@willkie.com

***Attorneys for Plaintiffs Comcast of Maine/New Hampshire, Inc. and NBCUniversal Media, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document entitled *Plaintiffs' Motion for Additional Pages* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

DATED: October 8, 2019

/s/ *Joshua A. Randlett*
Joshua A. Randlett, Esq.