# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

COMCAST OF MAINE / NEW HAMPSHIRE, INC., *et al.*,

        Plaintiffs,

  v.

JANET MILLS, *et al.*

        Defendants.

Civil Action No. 1:19-cv-00410-NT

## JOINT STIPULATION OF DISMISSAL OF TOWN DEFENDANTS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to this matter, Plaintiffs Comcast of Maine / New Hampshire, Inc. ("Comcast"), A&E Televisions Networks, LLC ("AETN"), National Cable Satellite Corp. ("C-SPAN"), CBS Corp. ("CBS"), Discovery, Inc. ("Discovery"), Disney Enterprises, Inc. ("DEI"), Fox Cable Network Services, LLC ("Fox"), NBCUniversal Media, LLC ("NBCUniversal"), New England Sports Network, LP ("NESN"), and Viacom Inc. ("Viacom") (Comcast, AETN, C-Span, CBS, Discovery, DEI, Fox, NBCUniversal, NESN, and Viacom, collectively, the "PLAINTIFFS"), Defendants Janet Mills ("Governor Mills") and Aaron Frey ("Attorney General Frey") (Governor Mills and Attorney General Frey, collectively, the "STATE DEFENDANTS"), and Defendants the City of Bath, Maine ("Bath"), the Town of Berwick, Maine ("Berwick"), the Town of Bowdoin, Maine ("Bowdoin"), the Town of Bowdoinham, Maine ("Bowdoinham"), the Town of Brunswick, Maine ("Brunswick"); the Town of Durham, Maine ("Durham"), the Town of Eliot, Maine ("Eliot"), the Town of Freeport, Maine ("Freeport"), the Town of Harpswell, Maine ("Harpswell"), the Town of Kittery, Maine ("Kittery"), the Town of Phippsburg, Maine ("Phippsburg"), the Town of South Berwick, Maine

("South Berwick"), the Town of Topsham, Maine ("Topsham"), the Town of West Bath, Maine ("West Bath"), and the Town of Woolwich, Maine ("Woolwich") (Bath, Berwick, Bowdoin, Bowdoinham, Brunswick, Durham, Eliot, Freeport, Harpswell, Kittery, Phippsburg, South Berwick, Topsham, West Bath, and Woolwich collectively, the "TOWN DEFENDANTS"), hereby stipulate and agree as follows:

WHEREAS, the STATE DEFENDANTS have agreed that they are proper defendants in this action, and have further agreed that the TOWN DEFENDANTS are not necessary parties to this action, and have further agreed that the STATE DEFENDANTS will not argue or file a motion to the contrary in the course of this litigation; and,

WHEREAS, the TOWN DEFENDANTS have agreed that they will not enforce or attempt to enforce H.P. 606 – L.D. 832, "An Act To Expand Options for Consumers of Cable Television in Purchasing Individual Channels and Programs," 129th Leg., Pub. L. Ch. 308 (Me. 2019) (the "Maine Act") during the pendency of this litigation or following any determination by the Court in this action that the Maine Act is unlawful; and,

WHEREAS, PLAINTIFFS have agreed that the TOWN DEFENDANTS shall not be deemed to be in breach of their agreement not to enforce or attempt to enforce the Maine Act during the pendency of this litigation as a result of any franchise renewal negotiations, or if a request is made that a cable operator voluntarily agree to provide the option of purchasing access to cable channels, or programs on cable channels, individually.

1. NOW THEREFORE, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), PLAINTIFFS hereby voluntarily dismiss the TOWN DEFENDANTS from this action, without prejudice, and with all Parties to bear their own attorneys' fees, expenses, charges and costs. The TOWN DEFENDANTS' respective motions to dismiss PLAINTIFFS' complaint

(Dkt. Nos. 67, 71, 73, 74, 75, 76, 80) and oppositions to PLAINTIFFS' motion for a preliminary injunction (Dkt. Nos. 70, 72, 77, 78, 79, 81) are hereby mooted by this dismissal and withdrawn by the TOWN DEFENDANTS.

    2.    The Parties expressly reserve all other rights, claims, defenses, and remedies.

Dated: October 10, 2019

Respectfully submitted,

FOR THE PLAINTIFFS

FOR DEFENDANTS GOVERNOR MILLS AND ATTORNEY GENERAL FREY

/s/ *Joshua A. Randlett*
Joshua A. Randlett
Joshua A. Tardy
RUDMAN WINCHELL
84 Harlow Street, P.O. Box 1401
Bangor, ME 04402
(207) 947-4501
jrandlett@rudmanwinchell.com
jtardy@rudmanwinchell.com

*/s/ Christopher C. Taub*
Christopher C. Taub, AAG
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
christopher.c.taub@maine.gov

Matthew A. Brill (*pro hac vice*)
Matthew T. Murchison (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
matthew.brill@lw.com
matthew.murchison@lw.com

FOR DEFENDANTS THE TOWN OF BERWICK, THE TOWN OF ELIOT, THE TOWN OF BOWDOINHAM, THE TOWN OF FREEPORT, THE TOWN OF SOUTH BERWICK, AND THE TOWN OF TOPSHAM

David P. Murray (*pro hac vice*)
Michael D. Hurwitz (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLC
1875 K Street, N.W.
Washington, DC 20006-1238
MHurwitz@willkie.com
DMurray@willkie.com
(For Plaintiffs Comcast of Maine/New Hampshire, Inc. and NBCUniversal Media, LLC only)

*/s/ Eben M. Albert*
Eben M. Albert
Philip R. Saucier
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200
ealbert@bernsteinshur.com
psaucier@bernsteinshur.com

| FOR DEFENDANT THE TOWN OF HARPSWELL | FOR DEFENDANTS THE TOWN OF DURHAM AND TOWN OF BOWDOIN |
|---|---|
| */s/ Jeffrey T. Piampiano*<br>Jeffrey T. Piampiano<br>Amy K. Tchao<br>DRUMMOND WOODSUM<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480<br>(207) 772-1941<br>jpiampiano@dwmlaw.com<br>atchao@dwmlaw.com | */s/ John W. Conway*<br>John W. Conway<br>LINNEL, CHOATE & WEBBER<br>83 Pleasant Street<br>P.O. Box 190<br>Auburn, ME 04212-0190<br>(207) 784-4563<br>jconway@lcwlaw.com |
| FOR DEFENDANT THE TOWN OF PHIPPSBURG | FOR DEFENDANTS THE TOWN OF BRUNSWICK AND TOWN OF WOOLWICH |
| */s/ Jessica L. Maher*<br>Jessica L. Maher<br>Moncure & Barnicle<br>P.O. Box 636<br>Brunswick, ME 04011<br>(207) 729-0856<br>Jmaher@mb-law.com | */s/ Stephen E.F. Langsdorf*<br>Stephen E.F. Langsdorf<br>*/s/ Kristin M. Collins*<br>Kristin M. Collins<br>PRETI FLAHERTY<br>45 Memorial Circle<br>Augusta, ME 04330<br>(207) 623-5300<br>slangsdorf@preti.com<br>kcollins@preti.com |
| FOR DEFENDANTS THE TOWN OF KITTERY AND TOWN OF WEST BATH | FOR DEFENDANT THE TOWN OF BATH |
| */s/ Sally J. Daggett*<br>Sally J. Daggett<br>JENSEN BAIRD GARDNER & HENRY<br>Ten Free Street<br>P.O. Box 4510<br>Portland, ME 04112<br>(207) 775-7271<br>sdaggett@jbgh.com | */s/ Roger R. Therriault*<br>Roger R. Therriault<br>Therriault & Therriault<br>48 Front Street<br>Bath, ME 04530<br>(207) 443-5182<br>rtherriault@tlawmaine.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document entitled *Joint Stipulation of Dismissal of Town Defendants* via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

DATED: October 10, 2019

/s/ *Joshua A. Randlett*
Joshua A. Randlett, Esq.

{R2162468.1 71122-078262 }