UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| COMCAST OF MAINE/NEW HAMPSHIRE, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>JANET MILLS, in Her Official Capacity as the Governor of the State of Maine, *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.: 1:19-cv-00410-NT |

**NOTICE OF APPEAL**

Please take notice that the State Defendants, Governor Janet T. Mills and Attorney General Aaron M. Frey, who are both being sued in their official capacities, hereby appeal to the United States Court of Appeals for the First Circuit from the Order on Plaintiffs' Motion for Preliminary Injunction dated December 20, 2019 (ECF No. 91), granting plaintiffs' motion for a preliminary injunction on Count II of their Complaint.

DATED:  January 17, 2020

Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Christopher C. Taub
Christopher C. Taub
Deputy Attorney General
Christopher.C.Taub@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 17th day of January, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| AMY K. TCHAO<br>atchao@dwmlaw.com | JOSHUA A. RANDLETT<br>jrandlett@rudmanwinchell.com |
| DAVID P. MURRAY<br>dmurray@willkie.com | JOSHUA A. TARDY<br>jtardy@rudmanwinchell.com |
| EBEN M. ALBERT<br>ealbert@bernsteinshur.com | KRISTIN M. COLLINS<br>kcollins@preti.com |
| ERIN LORRAINE DOZIER<br>edozier@nab.org | MATTHEW A. BRILL<br>matthew.brill@lw.com |
| JAMES S. BLACKBURN<br>james.blackburn@arnoldporter.com | MATTHEW T. MURCHISON<br>matthew.murchison@lw.com |
| JEFFREY T. PIAMPIANO<br>jpiampiano@dwmlaw.com | MELANIE A. MEDINA<br>mamedina@willkie.com |
| JESSICA L. MAHER<br>jmaher@mb-law.com | MICHAEL D. HURWITZ<br>mhurwitz@willkie.com |
| JESSICA L. SABA<br>jessica.saba@lw.com | MICHAEL H. HERMAN<br>michael.herman@lw.com |
| JOHN C. ULIN<br>john.ulin@arnoldporter.com | OSCAR RAMALLO<br>oscar.ramallo@arnoldporter.com |
| JOHN W. CONWAY<br>jconway@lcwlaw.com | PHILIP R. SAUCIER<br>psaucier@bernsteinshur.com |
| RICHARD H. GRIFFIN<br>richard.griffin@lw.com | ROGER R. THERRIAULT<br>rtherriault@tlawmaine.com |
| SALLY J. DAGGETT<br>sdaggett@jbgh.com | STEPHEN BLAKE KINNAIRD<br>stephenkinnaird@paulhastings.com |

STEPHEN E. F. LANGSDORF
 slangsdorf@preti.com

WILLIAM KENNEDY
wkennedy@ddlaw.com

TIMOTHY C. WOODCOCK
twoodcock@eatonpeabody.com

<u>/s/ Christopher C. Taub</u>
Christopher C. Taub
Deputy Attorney General
Six State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800