# United States Court of Appeals
## For the First Circuit

No. 20-1104

COMCAST OF MAINE/NEW HAMPSHIRE, INC.; A&E TELEVISION NETWORKS, LLC; C-SPAN; CBS CORP.; DISCOVERY, INC.; DISNEY ENTERPRISES, INC.; FOX CABLE NETWORK SERVICES, LLC; NBCUNIVERSAL MEDIA, LLC; NEW ENGLAND SPORTS NETWORK, LP; VIACOM, INC.,

Plaintiffs, Appellees,

v.

JANET MILLS, in her official capacity as the Governor of Maine; AARON FREY, in his official capacity as the Attorney General of Maine,

Defendants, Appellants,

CITY OF BATH, MAINE; TOWN OF BERWICK, MAINE; TOWN OF BOWDOIN, MAINE; TOWN OF BOWDOINHAM, MAINE; TOWN OF BRUNSWICK, MAINE; TOWN OF DURHAM, MAINE; TOWN OF ELIOT, MAINE; TOWN OF FREEPORT, MAINE; TOWN OF HARPSWELL, MAINE; TOWN OF KITTERY, MAINE; TOWN OF PHIPPSBURG, MAINE; TOWN OF SOUTH BERWICK, MAINE; TOWN OF TOPSHAM, MAINE; TOWN OF WEST BATH, MAINE; TOWN OF WOOLWICH, MAINE,

Defendants

### JUDGMENT

Entered: February 24, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of the preliminary injunction is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Joshua A. Tardy, Joshua Aaron Randlett, Melissa Arbus Sherry, David P. Murray, Matthew A. Brill, Matthew T. Murchison, Michael H. Herman, Michael D. Hurwitz, Shannon Marie Grammel, James Tomberlin, Christopher C. Taub, Eben Michael Albert, Philip R. Saucier, Jeffrey

Taylor Piampiano, Sally J. Daggett, Timothy C. Woodcock, Erin L. Dozier, Oscar Daniel Ramallo, James S. Blackburn, John C. Ulin, Corbin K. Barthold, Donald B. Verrilli Jr., Elaine Goldenberg